# Exhibit 1

**» Print**

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to colleagues, clients or customers, use the Reprints tool at the top of any article or visit: www.reutersreprints.com.

# Russia's Zuckerberg launches Telegram, a new instant messenger service

Fri, Aug 30 2013

Digital Fortress, a US-based software developer with Russian roots, has rolled out its inaugural mobile app, an English-language instant messenger named Telegram. The app is now available on iTunes.

Digital Fortress owner Pavel Durov (pictured above; he is also the founder of Russia's largest social network, Vkontakte) claimed that his company's first product was  launched as an entry-level written message and file exchanger and that it would soon include voice and video communications capabilities.

Telegram is currently only available for Apple mobile products, but Durov wants to also carve out a substantial share of the Android market, the largest in the global OS segment.

The free messenger will use MTProto, a data transfer protocol developed by Pavel's brother Nikolai, who is also the CTO of VKontakte. In its current form, Telegram is basically a test bench for this new protocol. If the test is a success, a new set of social and/or user location specific functions may be added to the messaging service, as Durov believes that  "other messengers lack" these unique features.

Market players are divided on the novelty. Some praise its data security and fast delivery of large files. Others note that its functionality is old news in the market and very similar to competitors like WhatsApp.

Durov claims that his new product is "faster and safer" and that "messages sent through Telegram cannot be bugged by third parties." Telegram is a product for the global market, a long-term target for Durov's U.S. company, and does not even have a Russian-language version.

The Digital Fortress founder has emphasized that the creation of the messenger is in no way connected with his flagship product, VKontakte, which is popular in the former Soviet Union countries.

Earlier this year, Durov denied rumors that he and his US team are preparing the launch of a new social network named Telegra.ph that is purportedly intended to lure "millions and millions of… users" away from VKontakte. Sources: Vedomosti, The Moscow Times

Filed under: Deals, Social

© Thomson Reuters 2013. All rights reserved. Users may download and print extracts of content from this website for their own personal and non-commercial use only. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is expressly prohibited without the prior written consent of Thomson Reuters. Thomson Reuters and its logo are registered trademarks or trademarks of the Thomson Reuters group of companies around the world.

Thomson Reuters journalists are subject to an Editorial Handbook which requires fair presentation and disclosure of relevant interests.

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to colleagues, clients or customers, use the Reprints tool at the top of any article or visit: www.reutersreprints.com.

# Exhibit 2A

# Durov Theatre[1]: Why the Founder Of Vkontakte Lost the Battle for the Social Network



Pavel Durov's dreams of maintaining control of the company which he created did not come true. How much of the blame for this lies with the founder of Vkontakte himself?

*After the number had been sent to print it became known that Ivan Tavrin sold his share in Vkontakte to the holding company Mail.ru Group, which became the largest shareholder with a share of almost 52%. Tavrin explained that he had long-term plans in the Internet business, but decided to sell the assets due to a 'grave' conflict between the founders of the company and the UCP fund. VKontakte representatives called the increased share of Mail.ru a positive step. In the words of the press secretary of the social network, Mail.ru had been perceived as a competitor for a long time, but general forces opposed to them which were far from the Internet and IT brought them closer together.*

'That which you own sooner or later begins to own you...' this is how the message on the social network started which was written by its founder Pavel Durov on 24 January of this year for its entire 240 million member audience. Durov advised in it that he had sold all of his shares in the network to his 'friend Ivan Tavrin'. 'I was present myself when he published this post, and I was in shock: the 'likes' counter spun at a mad rate, and after a couple minutes there were already 20,000 of them', says

---

[1] [Translator's note - the Durov Theatre is the leading animal performance theatre in Russia]



Internet and communications

**18.03.2014** 15:11

'Panic Button' of Pavel Durov

The founder of VKontakte has the ability to destroy all the photos and videos on the social network

the new Executive Director of VKontakte Dimitry Sergeyev. – 'Durov is the symbol of VKontakte.'

Why did the symbol, the 'totem' the founder, and still-CEO of VKontakte Pavel Durov leave his main creation? Not long ago it seems that he had the situation under control. He did not permit his longtime and senior partners to leave the company, disrupting a transaction for $1 billion and solemnly showing the world his middle finger. Two and a half years later, this 'fuck you' was aimed at Durov himself: he sold his entire block of shares and the social network which he had raised without waiting for a celebrated IPO or a multi-billion dollar transaction with investors. Why did the dreams of our own Mark Zuckerberg not come true and how much of the blame for this lies with the Durov himself?

## A billion-dollar gesture

In the summer of 2011 a truly unusual event occurred: Pavel Durov came to the Moscow office of the Mail.ru Group to meet with the CEO Dmitry Grishin to discuss their friendly life ahead. Two persons who for years had personified different aspects of the national Internet spoke about purchasing servers, uniting data centres and other joint projects. They did not need to go much further in order to realise Grishin's longtime dream of fully integrating VKontakte into the Mail.ru Group.

But a few days after the meeting, Durov uploaded to Twitter a link to a photo on his Instagram account, on which he held up his middle finger. The photo was accompanied by a subtitle: 'Official answer to the trash holding company Mail.ru to its latest attempt to absorb VKontakte'. The public considered the gesture to be the latest prank from the eccentric Durov.

Only a very few knew that this was the final chord in Durov's destruction of a $1 billion transaction.

This money was supposed to have been received by Pavel's partners Vyacheslav Mirilashvili(No. 114 in the Russian Forbes list, fortune of $950 million) and Lev Leviev, who together owned 55.5% of the shares of VKontakte. Having invested a few tens of thousands of dollars in the creation of the social networking in 2006 which were borrowed from Mirilashvili-senior, the St Petersburg gambling magnate of the mid-1990s, they became tired of waiting for a 'pot of gold at the end of the rainbow'. Mail.ru Group was glad to pay them in cash, even back when they had been called DST, and their head was Yuri Milner (No. 58 among Russians on the worldwide Forbes list; $1.8 billion). At first it was tens of millions and then hundreds of millions of dollars, and the final 'outcome' of a price of 1 billion seemed to them to be a completely reasonable alternative.

Mail.ru Group, another large shareholder of VKontakte agreed to buy their share based upon an evaluation of the network of $2 billion, but it did not have the necessary $1.1 billion, and Mirilashvili and Leviev agreed to accept the shares of the company's Facebook, Groupon and Zynga which belong to the company as payment. They had no interest in what would happen to VKontakte after the transaction. It was completely different for Durov. In the middle of July 2011, after observing the negotiations of the largest shareholders without taking part, he suddenly changed his mind. And he used his lawful right to block the transaction.

## Friends at the auction

Durov was categorically against the idea of 'merging' his social network into the Mail.ru Group: he considered VKontakte to be a much more advanced project, and the Internet holding company to be a gigantic machine which was an assembly line for making mediocre products which attempted to fill all niches. The thought that VKontakte would be absorbed inside the corporation depressed Durov: he sincerely believed that he was creating the history of a new Silicon Valley, that he would build a new ecosystem in St. Petersburg around his social network.

'It seemed to me that people would imitate us, that a whole generation of people would arise who would want to understand how it was possible to do something in Russia without serious connections,' says Durov.



**Cover of the April issue of Forbes**

'Durov Theatre - Why the founder of 'VKontakte' lost the battle for the social network.

Mirilashvili and Leviev did not hide their feelings of insult and anger when Durov took the billion which was so close away from their hands. Moreover, during that same July 2011 they had to perform under their previous agreement with Mail.ru Group and sold 7.5% of the 55.5% of the shares of VKontakte for $111.7 million. The grand transaction fell through, and their block of shares

became less of a controlling one. Then in March 2012, Durov 'accidentally' turned out to be connected to a conference call at which they again discussed the sale of their shares, this time to the main shareholder of Mail.ru Group Alisher Usmanov (No. 40; $18.6 billion).

During the conference call, the cofounders of VKontakte were not shy in their expressions when speaking of Durov, and the latter deleted their accounts on the social network on the very same day, writing on his Twitter account: 'We are holding an auction for the page numbers id3 and id4 at VKontakte. A short while later, Usmanov gave Durov a generous gift, transferring to him the right to vote all of the block of the Mail.ru Group at the VKontakte Board of Directors, that is in essence, the right to personally manage the company, since the blocks of Mail.ru Group and Durov together comprised a controlling block. Usmanov for his part received a sort of guarantee that the founder and main inspiration of VKontakte would not leave the company and would therefore not decrease the value of the asset.

But Mirilashvili and Leviev could further unsuccessfully 'press' on the price: there were very few who wanted to buy this block of shares from them and as a result get into an argument with one of the richest people in Russia. But that is not to say that there were none at all: in the second half of 2012, a minority shareholder of Rostelecom, Konstantin Malofeyev, competed for the block of the cofounders.. Durov immediately reacted in his characteristic style, accusing Malofeyev of ordering 'media attacks' on VKontakte in order to influence Durov himself and his former friends to sell the shares of the social network to him. The other shareholder also perceived the intention of the potential buyer as an attempt at a hostile takeover: relations between Malofeyev and Usmanov soured, after which the parties could not agree upon the terms and conditions for the sale of the 10.5% of the shares of Rostelecom which belong to Malofeyev, and numerous complaints accumulated against each other. In an interview with Forbes, Malofeyev denied that he was in negotiations regarding VKontakte.

And in April 2013, suddenly for everyone involved, the fund United Capital Partners (UCP) of Ilya Shcherbovich and his partners announced the purchase of 48% of the shares of VKontakte from Mirilashvili and Leviev.

# Sechin's shadow

Shcherbovich's negotiations with Mirilashvili and Leviev had started in 2012 utilising 'Jewish religious channels', said one of the participants of the negotiations. By the time of their first meeting in person in Israel in March 2013, the co-owners of VKontakte were frazzled by pressure from Usmanov. 'They were, to put it mildly, not thrilled by Usmanov', says Shcherbovich. 'I had the sensation that Lev and Vyacheslav were ready to sell their shares to anyone at all except for him'.

According to information from the newspaper Vedomosti, initially the co-owners of the network wanted to receive $1.5 billion for their shares, based upon a valuation of the entire company of approximately $3 billion. But, as a source informed about the terms of the transaction told Forbes, in the end VKontakte was valued at only $1.75 billion, and Mirilashvili and Leviev received only $840 million for their block. Taking into account the fact that according to estimates they had earned around $180 million on previous sales of shares of the social network to Mail.ru Group, they got their billion. True, Mail.ru Group later sold the shares of Facebook, Groupon and Zynga on the market and received around $2 billion for them.

The transaction occurred quickly and quietly: Mail.ru Group and Durov found out about it after the fact, no one sought their advice in advance, no one provided them with any notice, the owners of the block didn't even try to arrange an auction with the other large shareholder. Mail.ru Group and Alisher Usmanov's USM Advisors maintained a dumb-struck silence for a certain time: who are these people, why did they buy the block, how did they get around the 'right of first refusal', under which an outside shareholder can buy a share in the company only if a current shareholder has refused it?

'I do not consider it appropriate to comment upon this transaction', said Usmanov to Forbes at that time. It was not in his character to be silent in the case of an unfriendly 'intrusion' upon his assets. How was this case different from the others? Some of those who spoke to Forbes consider that he was struck by the deftness of the manoeuvre and the speed with which UCP executed the transaction. Others consider that the figure of the head of Rosneft, Igor Sechin, looms behind the new shareholder in VKontakte, and no one wants to get in an argument with him. It was not possible to find any evidence of the participation of the giant oil company in the transaction, and those who spoke to Forbes are convinced that Sechin never had any interest in VKontakte.
The UCP Fund 'sold' Sechin the idea of control over the main platform in the country where youths were gathering, explains a high-placed government official.

## 'They [Sechin and Rosneft] could give a damn about VKontakte or Durov, and UCP simply presented the situation as a politically important project', said a close friend of Durov.

Such conversations only annoy Shcherbovich. 'These rumours are doggedly being spread by our partners at VKontakte, but if Sechin had actually taken on the situation, then all of the shareholder conflicts would have ended quickly', Shcherbovich is confident of this. Officially, the consortium of investors who purchased the shares in VKontakte consists of UCP and its partners, among the investors are also the main consultant of Igor Pavlov's Quorum Fund, the President of Rusgrain-Holding Ivan Tyryshkin, the founders of Superjob.ru and Fabrikant.ru Sergey Gabestro and Alexei Zakharov, as well as the ex-shareholder of UFG, the brother of Boris Fyodorov, Petr Fyodorov. All these people want to know when their investments would start making a profit.

# Two on the net

At first the careers of Mark Zuckerberg and Pavel Durov developed
according to the same script, and then everything changed



Year of birth
**1984**

Pavel Durov

Mark Zuckerberg

Entered the language
department of the St.
Petersburg University

**2003**

Entered
Harvard

Student     Facemash     project

Launched the network for
Harvard students
Thefacebook.com

During his student
years he developed
the projects for
students Durov.com
and Spbgu.ru

Left Harvard and moved to
Palo Alto

**2004**

Facebook receives
$12.7    million
from    Accel
Partners

Peter Thiel
invested
$500,000 in
Facebook

**2005**

Graduated summa cum
laude

Launch of the
VKontakte
social network

**2006**

Facebook opened to
the public

1 million users at
**VKontakte**

**2007**

Microsoft values Facebook
at $15 billion

DST Fund buys
24.99% of
VKontakte for
$16.3 million

**2008**

Acquaintance with the head
of DST Yuri Milner

DST buys 1.96% of Facebook at a
valuation of $10 billion

DST increases its share to 32.49%,
valuation - $1.5 billion

**2009**

Forbes estimates Zuckerberg's
fortune at $4 billion

Mail.ru (ex- DST) increases its share to
39.99% through an option, valuation -
$1.5 billion

**2010**

Durov and Milner launch the
charity project Start Fellows

Durov blocks the transaction between
Leviev, Mirilashvili and Mail.ru

**2011**

Durov donates
$1 million to Wikipedia

Durov releases paper
airplanes made from 5,000
rouble notes on the Nevsky
Prospekt in St. Petersburg

Facebook valued during its IPO at $104 billion,
Zuckerberg's fortune - $19 billion

**2012**

1 billion users
at Facebook

Durov obtains the right to vote
the block of Mail.ru shares

UCP becomes the owner of 45% of VKontakte, start
of the shareholder war

Zuckerberg     creates     the
movement FWD.us in support
of immigrants

**2013**

Durov launches the Telegram messaging
system

Zuckerberg and his wife donate
around $992 million

Facebook buys messaging system
WhatsApp for $19 billion

Durov sells his share to Ivan
Tavrin

**2014**

# War of the worlds

The Board of Directors of VKontakte historically consisted of four persons, but actually its meetings were conducted by three: Pavel Durov (on his own behalf and on behalf of Mail.ru Group) and two representatives of UCP Fund. 'Why are we discussing the entire agenda, they sent it earlier, everyone could determine their positions beforehand, we come here, discuss quickly, drink some champagne and go our ways', said a person from UCP with bewilderment at one of them. 'So and you are also an alcoholic?' - the 'totem' from VKontakte said, with a PR slant. The meeting again ended with nothing.

# Durov Theatre: why the founder of VKontakte lost the battle for the social network

Pavel Durov's dreams of maintaining control of the company which he created did not come true. How much of the blame for this lies with the founder of VKontakte himself?

Upon entering VKontakte, UCP acted like the boss: it announced that it was counting on a growth in the value of VKontakte to $10 billion in 5-10 years, and is also advised Durov to finally turn up for the lawsuit regarding the attack on a traffic police officer in Petersburg in the beginning of April 2013, which was carried out either with participation or without the participation of the CEO of VKontakte. 'It is unclear why he [Durov] fails to resolve the situation by a simple appearance at a questioning accompanied by trial lawyers with a clear substantiation of his position' declared UCP's representative at the time. Of course this statement had the effect of a red flag on a bull on Durov. 'I would recommend that the newly-baked shareholder of VK restrain themselves from commenting upon the activity of the media in regard to VKontakte', he immediately stated.

Ilya Shcherbovich tried to come to an agreement with Durov: immediately after the transaction he wrote a letter to him in which she advised that UCP aimed at the growth of the capitalisation of the social work, and also offered to 'cut out options'. Shcherbovich was convinced that Durov was dissatisfied with a share in the company which was too small:

'Pavel woke up one day and understood that his brainchild may be worth billions, but it turned out that his share was entirely too small. Instead of going down a civilised path and insisting upon options for himself and his team, Durov started a war with the shareholders'.

At that time, Durov did not answer the letter. A little while later they spoke by Skype, then Durov visited the new shareholder in Moscow, even though he did not like travelling there. But they could not find a common language: it is difficult for people from completely different worlds to understand each other.

Conflicts arose on any pretext. UCP required a detailed business plan for years ahead – Durov answered that only a complete ignoramus in the constantly changing Internet business could demand such a plan. UCP required regular financial reports – Durov answered that he was ready to provide them, but only by delivering them in person. UCP proposed to create committees of the Board of Directors – Durov had a fit, declaring that such a proposal is an attempt to destroy the company.

But at one point Durov offered Shcherbovich 4% of the 12% of the shares which remained with him. The latter answered: we are ready, but with a series of conditions – not to sell the remaining share before an IPO (the term for which was not named. – Forbes), not to be displayed in the development of competitive products and not to invest in such products, not to appoint managers without the approval of UCP. Durov called such conditions 'slavery' and refused. The representatives of Mail.ru Group all assured Forbes that they did not know of such negotiations and did not believe that they could be possible. Not all of Durov's actions are subject to logical explanation, but perhaps there was logic here

## A Telegram for you

VKontakte's revenue for 2012 increased by 44%, $172 million, and the net profit fell by 94.5%, to $1 million. An unsuccessful year? The start of 2013 was celebrated by the VKontakte managers in grand fashion. Durov together with his friends, top managers, their girlfriends and wives flew to Dubai. Pavel took the Royal Suite at one of the most luxurious hotels, his friends at the same hotel, but in rooms that were a bit simpler. They rented several Ferraris and Bentleys, they dined in expensive restaurants, leaving a €500 tip. UCP has much detailed information at its disposal – the Fund gathered it carefully, preparing for fights.

Shcherbovich remembers that in July 2013 he met with Durov and told him about his dissatisfaction with the poor financial results of the network and the lack of a clear strategy. Durov, as always during personal meetings, was very 'pleasant and courteous', according to Shcherbovich, and asked to give him three months and not to bother him so much. 'He promised that we, as shareholders, would be very satisfied. I was warned not to believe him, but against the advice of colleagues from UCP, I myself decided to agree to this. And three or four weeks later the news comes out that Pavel had launched Telegram, allegedly with the consent of the shareholders. Our hair stood on end', relays Shcherbovich.

# Telegram

*Durov's new project is distributed throughout the world.*

In August 2013 Pavel Durov presented the mobile messenger Telegram. It seems that Pavel Durov financed Telegram using only grants, and that his brother Nikolai was involved in its development. Moreover, precisely due to the messenger, the VKontakte shareholders had many questions for Pavel. The representatives of the UCP Fund asserts that Durov used VKontakte resources to create it.

The unique thing about it is the encrypted messaging protocol MTProto, which Nikolai Durov thought up.

■ The headquarters of Telegram is located in Berlin, and the company is registered on the British Virgin Islands.

• Data Centres are in San Francisco, London, Singapore and Helsinki. Each of them can work independently.



First place in the charts of the Apple App Store in:

Jordan, Gambia, Liberia, Ecuador, Dominican Republic, Colombia, Venezuela, Argentina, Ramallah, Peru, El Salvador, England, UAE, Chile, Panama, Lebanon, Costa Rica, Kuwait, Israel, Qatar, Bolivia, Suriname, Bahrain, Dominican Republic, Mexico, Virgin Islands, Netherlands, Italy, Saudi Arabia,

Yemen, Tanzania, Benin, Burkina Faso, Austria, Belgium, Germany, Angola, Oman, Mozambique, São Tomé and Principe, Swaziland, Spain, Switzerland, Nicaragua, Paraguay, Honduras, Egypt, Uruguay

First place in the charts of the application store Google Play:

Netherlands, Chile, Spain, Mexico

Russia:
**79th place** among all free applications **7th place** in the section 'Social Networks'
**395th place** among all applications **26th place** in the section 'Communications'

*Growth in the number of users.*



❀ Installations, millions
● Daily audience, million

Source: Telegram

Telegram is a free mobile messenger, similar to WhatsApp, <u>which was purchased by Facebook in February 2014 for $19 billion</u>. Only, according to Durov, 'better in every detail'. The production of Telegram was done by the American company Digital Fortress, the owner of which is Pavel's brother, Nikolai Durov. 'A real geek in a torn sweater', as he is described by one of the few people from the outside who has met him 'offline'. It is precisely Nikolai who played a key role in the development of VKontakte as a technological company: he thought up and built the architecture of the network while Pavel dealt with its ideology. 'Nikolai can solve a problem in 15 minutes, everyone else in the company needed a day', said one of the UCP representatives.

According to Pavel Durov, Telegram was created using his personal money using the resources of people who are not related to VKontakte. The main 'kicker' of the application – encrypted communications, according to its developers it is impossible to capture Telegram messages, to decrypt them and read them. This is the dream of the brothers, said Pavel: they wanted to create a product where even a system administrator does not have the possibility of viewing messages. The dream became reality: from the moment of its launch in August 2013 until the end of February 2014, the application was downloaded more than 20 million times (see the info graphic).

## The launch of Telegram irrevocably spoiled the already strained relations between UCP and Durov.

According to Shcherbovich, soon after the launch of Telegram they had another conversation by Skype: 'Pavel, did you ask three months from us in order to launch Telegram?' – 'This is a non-competitive project'. 'No, this is a competitive project, and there are rules of corporate behaviour, and a CEO has an unconditional duty to shareholders to act in the interests of the company! It is called fiduciary duty'. – 'Yes, interesting, but not for me'. Shcherbovich is sure that Telegram creates a conflict of interest and inflicts harm upon VKontakte. Durov objects: the main audience of the network is in Russia, and lately Telegram has only 0.5% of its registrations in Russia. Besides which, the project does not bring in any money, it is a non-commercial project, which means there is no damage.

At the moment when they arrived at VKontakte, UCP Fund began a real legal war, showering letters upon Durov, Mail.ru Group, USM Advisors and other Mail.ru shareholders such as the South African Naspers. A source close to Mail.ru Group calls UCP's actions 'typical greenmail' (a form of corporate blackmail through purchasing a portion of shares of some company and then offering the other shareholders to buy the shares at a higher price). The greater part of the letters from UCP relates to the finances of VKontakte: with the assistance of the private detectives which have been hired, the fund intensely studied any expenses of top managers of the social network, trying to find evidence of thievery, improper expenses or diversion of money from the company.
Read in detail at Forbes.ru: <u>http://www.forbes.ru/kompanii/internet-telekom-i-media/252431-teatr-</u>

durova-pochemu-osnovatel-vkontakte-proigral-bitvu-za?page=0,1

# Durov Theatre: why the founder of VKontakte lost the battle for the social network

Pavel Durov's dreams of maintaining control of the company which he created did not come true. How much of the blame for this lies with the founder of VKontakte himself?

One of the parties to the conflict is dissatisfied with the fact that Pavel considered the money of VKontakte to be his own personal money and spent them as he wished. Another insists that the co-owner of a private company is not required to provide an account to third parties. The second shareholder of VKontakte is now occupied with exactly the same actions, but in regard to the Perekopsky brothers. Until recently Igor was the Finance Director at VKontakte, and Ilya was the Vice-President and close associate of Durov. Now they are both consultants for UCP.

## Game of Thrones

In the summer of 2013, Durov nominated Ilya Perekopsky to UCP for the post of CEO of VKontakte: in a letter of 12 June, he suggests introducing the position of President for himself. Such a chess move would make it possible for Durov to remain the head of the company while transferring the operating management to his close friend. However, Pavel soon changed his mind and told UCP that he had been joking. Durov did not reply why he had written this letter, but his acquaintances say that at that time Pavel was 'slacking' in Europe and he just didn't care.

But people from UCP decided to meet with the potential CEO and discuss the strategy of the development of the network with him. They liked Perekopsky: it was much easier to talk with him than with Durov, at least he answered questions eagerly and he was not afraid of the word 'monetisation'. There are different versions as to what the consequences of this meeting were. Sources close to Usmanov are sure that the former vice president of VKontakte decided to carry out a make-believe game about overthrowing Durov and asserting himself as the CEO of the company. 'I will know that we were communicating, he trusted me to communicate with them, there were no conspiracies', replied Perekopsky.
'Durov, of course, is not the "naïve little flower" which he is taken for, but he trusted Perekopsky too much, and Ilya had a power of attorney to complete all financial operations on behalf of Durov' said a source close to the Mail.ru Group. 'And Ilya had no options, only bonuses, and at some moment, he

probably had the thought that he was getting too little'. Let Durov himself make the accusations, replies Perekopsky: 'I said to him later: tell me where I betrayed you, even just one item? He didn't say anything to me'. The new shareholder, Ivan Tavrin, announced the termination of Ilya in January 2014. (Perekopsky was terminated by mutual agreement of the parties).

In February Perekopsky became a consultant of UCP. 'When all this occurred, they called me and said: 'You are the only normal person over there. Maybe you can work on the company's strategy?' relates Perekopsky. His opponents are sure that his 'relations' with the fund began much earlier: the detectives hired by Usmanov's people established that the former vice president contacted people from UCP no less than 50 times throughout 2013.

Where did Perekopsky travel to, what hotels did he stay at, who paid for the trips – the investigators are now collecting the exact same papers that UCP is collecting in regard to Durov.

'We have documents, papers, evidence, I think that we will be able to sue Perekopsky. When? When the audit of VKontakte is completed (it is being carried out by the auditors Deloitte and Ernst & Young. – Forbes), we will move forward. In a month, I think', says a source close to the new management of VKontakte. 'I am thinking of suing myself', responds Perekopsky. The company is conducting an audit only for the activity of 2013, intentionally avoiding Pavel's affiliated structures. If they continue to slander me, then I will go to court with all the evidence of the theft of the funds by the Durov family'.

All the evidence is accompanied by espionage paranoia: They are trying to find 'agents' of the Perekopsky brothers within VKontakte, and Ilya refused to talk to Forbes by mobile phone, fearing that it would be listened to.

# Game over

Disputes with UCP, talks with law enforcement authorities, the flood of legal letters and audits of reporting all of this of course may have become a reason for Durov to leave from the company, which was beset by conflict. But according to Forbes' information, there were other, more weighty reasons for the transaction with Tavrin, which occurred in December 2013.
'We are conducting negotiations with UCP, they're ready to sell their share based upon a valuation of $4-7 billion for VKontakte. This is too expensive, but if we reach agreement, we are prepared to buy. 'Why not'? a source close to the Mail.ru Group told Forbes. Having obtained control over VKontakte thanks to the transaction of Durov with Ivan Tavrin(No. 200 in the Russian Forbes list, fortune $500 million), the CEO of Megafon and junior partner of Usmanov at UTB Holding, Mail.ru Group can afford to wait as long as it wants. Its main shareholder, who is the wealthiest businessmen in the

country, Alisher Usmanov has already recouped all his investments in the Internet and does not need quick money.

The investment fund UCP, on the other hand, wants to earn as much as it can as quickly as it can. It is only possible to do this one way – to sell the block which it has purchased at a higher price. There are not so many options: either to sell it to a second shareholder (there is hardly anyone who wants to go down the path they went down), or to wait for an IPO and to sell then. In the summer of 2013, the Board of Directors of VKontakte approved hiring consultants to organise an IPO. 'Well, UCP insisted, we agreed, what difference is there. There won't be any IPO, Mail.ru Group will not promote a competitor's IPO, and this would cause a gigantic conflict-of-interest among management' said a source close to the Mail.ru Group.

What Durov wants in the situation is not interesting to any of the parties: there is no favourable outcome for him in any of the versions of the development of events. The most probable: Mail.ru Group will win, and Durov's nightmare about VKontakte being absorbed will come true. Less probable: UCP and Mail.ru Group continue to tear each other to pieces, and the company will live in constant conflict. Most improbable: UCP will win, but in this case there will be no place for Durov in the company. He will remain its CEO for a certain amount of time: the question of who will head VKontakte will also be resolved after the audit is completed. But for the shareholder Durov it is the best time to take the money and go: his Telegram is recording record downloads, and after the story with the sale of WhatsApp for $19 billion, the entire project looks even more attractive.

True, Shcherbovich insist that Durov must either leave the post of CEO of VKontakte or give the messenger to be part of VKontakte: UCP will attempt to prove that it was done with people from the social network and on the money of the social network. The second shareholder of VKontakte does not have any complaints against Durov in connection with Telegram, but it is not ready to take his side in the project. 'We asked: Pasha, did you use the money and programmers of VKontakte for it'? He answered: no. We said: good, we believe you. If he deceived us, then he will pay the price. We will not prosecute him in court, but we will also not "go along"' - said a source close to Mail.ru Group.

According to information from our sources, Pavel Durov received from $200-$400 million for 12% of the shares of VKontakte. This is serious money for a 29-year-old. But this is not much at all for contemporary Internet business and hardly enough for the founder of VKontakte. The emphasised lack of interest in money is no more than a part of the media image and mythology of Durov, which he has worked long and hard on.

'Is Durov a genius? Yes. Is he eccentric? Yes. Is he disinterested in money? No, that misses the mark. He is a maximalist, he strives to be the best in

everything. Therefore he wants to be rich, very rich', one of his good friends told me.

The first attempt was not successful, but there will definitely be other ones which are not related to the main Russian social network.

# Exhibit 2B



# Forbes

Публикация с сайта *Forbes.ru* (http://www.forbes.ru)

# Театр Дурова: почему основатель «ВКонтакте» проиграл битву за социальную сеть

Елена Тофанюк, Дмитрий Филонов

Мечты Павла Дурова о сохранении контроля в созданной им компании не сбылись. Какая часть вины за это лежит на самом основателе «ВКонтакте»?

*После сдачи номера в печать стало известно, что Иван Таврин продал свою долю во «ВКонтакте» холдингу Mail.Ru Group, который стал крупнейшим акционером с долей почти 52%. Таврин объяснил, что имел долгосрочные планы в интернет-бизнесе, но решил продать актив из-за «глубочайшего» конфликта между основателем компании и фондом UCP. Представители «ВКонтакте» назвали увеличение доли Mail.Ru позитивным шагом. По словам пресс-секретаря соцсети, Mail.Ru долгое время воспринимался как конкурент, но общие враждебные силы, далекие от интернета и IT, сблизили позиции.*

«То, чем Вы владеете, рано или поздно начинает владеть Вами…» — так начиналось очередное сообщение в социальной сети «ВКонтакте», написанное ее основателем Павлом Дуровым 24 января этого года для всей ее 240-миллионной аудитории. В нем Дуров сообщил, что продал «другу Ивану Таврину» все свои акции сети. «Я лично присутствовал, когда он этот пост опубликовал, и был в шоке: счетчик «лайков» крутился бешеными темпами, через пару минут их было 20 000», — говорит новый исполнительный директор «ВКонтакте» Дмитрий Сергеев. — Дуров — символ «ВКонтакте».

Почему символ, «тотем», основатель и все еще генеральный директор «ВКонтакте» Павел Дуров покинул свое главное творение? Совсем недавно казалось, что он держит ситуацию под контролем. Своим давним и старшим партнерам он уйти из компании не позволил, разрушив сделку на миллиард долларов и торжествующе показав миру средний палец. Через два с половиной года этот «фак» оказался обращен к самому Дурову: он продал весь пакет акций созданной и выращенной им социальной сети, не дождавшись ни громкого IPO, ни сделки с инвестором на многие миллиарды долларов. Почему мечты нашего собственного Марка Цукерберга не сбылись и какая часть вины за это лежит на самом Дурове?

## Жест на миллиард

Театр Дурова: почему основатель «ВКонтакте» проиграл битву за социальную сеть

Летом 2011 года произошло по-настоящему неординарное событие: Павел Дуров приехал в московский офис Mail.ru Group для встречи с гендиректором Дмитрием Гришиным и обсуждения дальнейшей дружной жизни. Два человека, которые годами олицетворяли разные полюса отечественного интернета, говорили о закупке серверов, объединении дата-центров и прочих совместных проектах. До осуществления давней мечты Гришина о полной интеграции «ВКонтакте» в состав холдинга Mail.Ru Group оставалось совсем немного.

Но через несколько дней после встречи Дуров в твиттере подвесил ссылку на фото в своем инстаграмме, на котором показывал средний палец. Фото сопровождала подпись: «Официальный ответ треш-холдингу Mail.ru на его очередные потуги поглотить «ВКонтакте». Публика сочла жест очередной выходкой эксцентричного Дурова.

Единицы знали, что это финальный аккорд по разрушению Дуровым сделки на $1 млрд.

Эти деньги должны были получить первые партнеры Павла Вячеслав Мирилашвили (№114 в российском списке Forbes, состояние $950 млн) и Лев Левиев, которым на двоих принадлежало 55,5% акций «ВКонтакте». Вложив в 2006 году в создание социальной сети несколько десятков тысяч долларов, одолженных у Мирилашвили-старшего, игорного питерского магната середины 1990-х годов, они устали ждать «журавля в небе». Mail.ru Group охотно платила им живыми деньгами еще со времен, когда она называлась DST, а главой ее был Юрий Мильнер (№58 среди россиян в мировом списке Forbes; $1,8 млрд). Сначала это были десятки, потом сотни миллионов долларов, и окончательный «выход» ценой в миллиард показался им вполне достойным вариантом.

Mail.ru Group, другой крупнейший акционер «ВКонтакте», согласилась купить их долю, исходя из оценки сети в $2 млрд, но у нее не было необходимых $1,1 млрд, и Мирилашвили и Левиев согласились принять в оплату принадлежащие компании акции Facebook, Groupon и Zynga. Что будет с «ВКонтакте» после сделки, их не интересовало. Дурова — совсем наоборот. В середине июля 2011 года он, до этого безучастно наблюдавший за переговорами крупнейших акционеров, вдруг передумал. И воспользовавшись своим законным правом, заблокировал сделку.

# Друзья на аукционе

Дурову категорически не нравилась идея «вливания» его соцсети в Mail.ru Group: он считал «ВКонтакте» гораздо более продвинутым проектом, а интернет-холдинг — гигантской машиной, поточным методом выпускающей посредственные продукты и стремящейся заполнить все ниши. Сама мысль о том, что «ВКонтакте» растворится внутри корпорации, повергала Дурова в уныние: он искренне верил, что творит историю новой Кремниевой долины, строит в Питере новую экосистему вокруг своей социальной сети.

«Мне казалось, что нам будут подражать, что возникло целое поколение людей, которое хочет понять, можно ли что-то сделать в России без серьезных связей», — говорит Дуров.

Театр Дурова: почему основатель «ВКонтакте» проиграл битву за социальную сеть



Мирилашвили и Левиев не скрывали обиды и злости, когда Дуров выхватил у них из рук такой близкий миллиард. Более того, в том же июле 2011 года они были вынуждены выполнить предыдущее соглашение с Mail.ru Group и продать ей 7,5% из 55,5% акций «ВКонтакте» за $111,7 млн. «Большая» сделка сорвалась, а их пакет стал меньше контрольного. Затем в марте 2012 года Дуров «случайно» оказался подключен к телефонной конференции, на которой они вновь обсуждали продажу своей доли, на этот раз основному акционеру Mail.ru Group Алишеру Усманову (№40; $18,6 млрд).

В ходе конференции сооснователи «ВКонтакте» не стеснялись в выражениях, говоря о Дурове, и последний в тот же день удалил все аккаунты в социальной сети, написав в свой твиттер: «Устраиваем аукцион на номера страниц id3 и id4 «ВКонтакте». Через короткое время Усманов сделал Дурову щедрый подарок, передав ему право на голосование всем пакетом Mail.ru Group на совете директоров «ВКонтакте», то есть, по сути, право единолично управлять компанией, поскольку пакеты Mail.ru Group и Дурова в сумме составляли контрольный. Усманов же получал своего рода гарантию, что основатель и главный идеолог «ВКонтакте» не покинет компанию и не уменьшит таким образом стоимость актива.

А Мирилашвили и Левиева можно было и дальше неспешно «продавливать» по цене: желающих купить у них этот пакет и вследствие этого поссориться с богатейшим человеком России было немного. Но не то чтобы их не было совсем: во второй половине 2012 года на пакет сооснователей претендовал миноритарий «Ростелекома» Константин Малофеев. Дуров тут же отреагировал в фирменном стиле, обвинив Малофеева в заказе «атаки в СМИ» на «ВКонтакте» для того, чтобы склонить самого Дурова и его бывших друзей продать ему акции соцсети. Другой акционер тоже воспринял намерения потенциального покупателя как попытку недружественного захвата: отношения Малофеева с Усмановым испортились, после того как стороны не смогли договориться об условиях продажи принадлежащих Малофееву 10,5% акций «Ростелекома», накопив множество взаимных претензий. Малофеев в разговоре с Forbes отрицает факт переговоров о «ВКонтакте».

А в апреле 2013 года о покупке у Мирилашвили и Левиева 48% акций «ВКонтакте» внезапно для всех объявил фонд United Capital Partners (UCP) Ильи Щербовича и его партнеров.

# Тень Сечина

Переговоры Щербовича с Мирилашвили и Левиевым начались еще в 2012 году «по еврейским религиозным каналам», говорит один из участников переговоров. К моменту их первой личной встречи в Израиле в марте 2013 года совладельцы «ВКонтакте» были измотаны давлением

3

Театр Дурова: почему основатель «ВКонтакте» проиграл битву за социальную сеть

Усманова. «Они были, мягко говоря, не в восторге от Усманова, — говорит Щербович. — У меня было ощущение, что Лев и Вячеслав готовы продать свои акции кому угодно, но только не ему».

По данным газеты «Ведомости», изначально совладельцы сети хотели получить за свои акции $1,5 млрд, исходя из оценки всей компании примерно в $3 млрд. Но, как сообщил Forbes источник, осведомленный об условиях сделки, в итоге «ВКонтакте» оценили лишь в $1,75 млрд, а Мирилашвили и Левиев получили за свой пакет лишь $840 млн. С учетом того что на предыдущих продажах Mail.ru Group акций соцсети они заработали, по оценкам, около $180 млн, свой миллиард они получили. Правда, не доставшиеся им акции Facebook, Groupon и Zynga Mail.ru Group затем распродала на рынке, выручив за них в общей сложности около $2 млрд.

Сделка прошла быстро и тайно: Mail.ru Group и Дуров узнали о ней постфактум, с ними никто предварительно не советовался, ни о чем не уведомлял, владельцы пакета даже не попытались устроить торг с другим крупным акционером. Mail.ru Group и USM Advisors Алишера Усманова какое-то время оторопело молчали: кто эти люди, почему они купили пакет, как обошли условие «right of first refusal», по которому сторонний акционер может купить долю в компании, только если от нее отказались действующие акционеры?

«Не считаю правильным комментировать данную сделку», — сказал тогда Forbes Усманов. Не в его характере отмалчиваться в случае недружественного «захода» в его активы. Чем этот случай отличался от других? Одни собеседники Forbes считают, что его поразила лихость маневра и скорость, с которыми UCP провел сделку. Другие — что за новым акционером «ВКонтакте» маячит фигура главы «Роснефти» Игоря Сечина, ссориться с которым не хочется никому. Свидетельств причастности крупнейшей нефтяной компании к сделке найти не удалось, и собеседники Forbes уверены, что интереса к «ВКонтакте» у Сечина никогда не было.

Фонд UCP «продал» Сечину идею контроля над главной в стране площадкой, на которой собирается молодежь, поясняет высокий правительственный чиновник.

«Им [Сечину и «Роснефти»] наплевать и на «ВКонтакте», и на Дурова, UCP просто подали ситуацию как политически важный проект», — говорит близкий знакомый Дурова.

Щербовича такие разговоры только раздражают. «Эти слухи упорно распространяют наши партнеры по «ВКонтакте», если бы ситуацией действительно занялся Сечин, то все акционерные конфликты быстро бы закончились», — уверен Щербович. Официально консорциум инвесторов, купивших долю «ВКонтакте», состоит из UCP и его партнеров, в числе инвесторов называли также главного консультанта фонда Quorum Игоря Павлова,

Case 1:14-cv-03063-LGS    Document 2-1    Filed 04/30/14    Page 25 of 38

президента «Русгрэйн-холдинга» Ивана Тырышкина, основателей Superjob.ru и Fabrikant.ru Сергея Габестро и Алексея Захарова, а также экс-акционера UFG, брата Бориса Федорова Петра Федорова. Все эти люди хотели знать, когда их инвестиции начнут приносить прибыль.



Авторы Forbes о статье "Театр Дурова"

## Война миров

Совет директоров «ВКонтакте» исторически состоит из четырех человек, а фактически его заседания проводят трое: Павел Дуров (от себя и от имени Mail.ru Group) и два представителя UCP. «Зачем мы всю повестку обсуждаем, ее заранее прислали, все могли определиться заблаговременно, сюда пришли, быстро обсудили, выпили шампанского и разошлись», — недоумевал человек из UCP на одном из них. «Так вы еще и алкоголик?» — парировал «тотем» «ВКонтакте». Заседание вновь закончилось ничем.

Войдя во «ВКонтакте», UCP повел себя по-хозяйски: заявил, что рассчитывает на рост стоимости «ВКонтакте» до $10 млрд через 5–10 лет, а также посоветовал Дурову явиться наконец на допрос по делу о наезде в начале апреля 2013 года на инспектора ДПС в Питере, совершенном то ли с участием, то ли без участия гендиректора «ВКонтакте». «Непонятно его [Дурова] нежелание разрешить данную ситуацию простой явкой на допрос в сопровождении адвокатов с четким обоснованием своей позиции», — заявил тогда представитель UCP. Естественно, на Дурова это заявление подействовало как красная тряпка на быка. «Рекомендую новоиспеченному акционеру VK воздержаться от комментариев по поводу активности СМИ вокруг «ВКонтакте», — тут же заявил он.

Илья Щербович, впрочем, пытался договориться с Дуровым: сразу после сделки он написал ему письмо, в котором сообщил, что UCP нацелен на рост капитализации социальной сети, а также предложил «нарезать опционы». Щербович убежден, что Дуров недоволен слишком маленькой долей в компании:

Театр Дурова: почему основатель «ВКонтакте» проиграл битву за социальную сеть

«Однажды Павел проснулся и понял, что его детище может стоить миллиарды, но так получилось, что доля у него совсем небольшая. Вместо того чтобы пойти цивилизованным путем и настоять на опционах для себя и своей команды, Дуров начал войну с акционерами».

Дуров тогда на письмо не ответил. Еще через некоторое время они поговорили по скайпу, затем Дуров даже навестил нового акционера в Москве, куда выбираться очень не любит. Но общение не наладилось: понять друг друга людям из совершенно разных миров бывает трудно.

Конфликты возникали по любому поводу. UCP требовал подробный бизнес-план на годы вперед — Дуров отвечал, что такой план может требовать только полный профан в постоянно меняющемся интернет-бизнесе. UCP требовал регулярную финансовую отчетность — Дуров отвечал, что готов передавать ее, но только лично в руки. UCP предложил создать комитеты совета директоров — Дуров пришел в ярость, заявив, что такое предложение является попыткой уничтожить компанию.

Но однажды Дуров предложил Щербовичу 4% из оставшихся у него 12% акций. Тот ответил: мы готовы, но с рядом условий — не продавать оставшуюся долю до IPO (срок которого не был назначен. — Forbes), не участвовать в разработке конкурирующих продуктов и не инвестировать в такие продукты и менеджеров без одобрения UCP. Дуров назвал такие условия «рабскими» и отказался. Представители Mail.ru Group в один голос заявили Forbes, что не знали о таких переговорах и не верят в саму их возможность. Не все поступки Дурова поддаются логическому объяснению, но в этом, возможно, логика была.

## Вам Телеграм

Выручка «ВКонтакте» по итогам 2012 года выросла на 44%, до $172 млн, а чистая прибыль упала на 94,5%, до $1 млн. Неудачный год? Но начало 2013 года менеджеры «ВКонтакте» отметили шикарно. Дуров вместе с друзьями, топ-менеджерами, их подругами и женами улетел в Дубай. Павел поселился в королевском номере одного из роскошнейших отелей, друзья — там же, но в номерах чуть попроще. Арендовали несколько Ferrari и Bentley, ужинали в дорогих ресторанах, оставляли на чай по €500. В распоряжении UCP много подобной информации — фонд бережно собирает ее, готовясь к тяжбам.

Щербович вспоминает, как в июле 2013 года встречался с Дуровым и высказывал ему недовольство плохими финансовыми показателями сети и отсутствием понятной стратегии. Дуров, как всегда при личных встречах, был очень «приятен и вежлив», по оценке Щербовича, попросил дать ему три месяца и поменьше его беспокоить. «Обещал, что мы, как акционеры, будем очень довольны. Меня предупреждали, что не стоит этому верить, но я сам, наперекор коллегам из UCP, решил согласиться. А через три или четыре недели выходит новость о том, что Павел якобы с согласия акционеров запустил Telergam. У нас волосы встали дыбом», — сетует Щербович.

# Telegram

*Новый проект Дурова рассредоточен по всему миру.*

В августе 2013 года Павел Дуров представил мобильный мессенджер Telegram. Считается, что Павел Дуров только финансирует Telegram с помощью грантов, а разработкой занимается его брат Николай. При этом именно из-за мессенджера у акционеров «ВКонтакте» есть много вопросов к Павлу. Представители фонда UCP утверждают, что Дуров использовал ресурсы «ВКонтакте» для его создания.

**Особенность —** зашифрованный протокол общения MTProto, который придумал Николай Дуров.

**❋ Штаб-квартира** Telegram находится в Берлине, а зарегистрирована компания на Британских Виргинских островах.

**● Дата-центры** в Сан-Франциско, Лондоне, Сингапуре, Хельсинки. Каждый из них может работать независимо.



**Первое место в чартах магазина приложений App Store:**
Иордания, Гамбия, Либерия, Эквадор, Доминиканская Республика, Колумбия, Венесуэла, Аргентина, Гватемала, Перу, Сальвадор, Ангилья, ОАЭ, Чили, Панама, Ливан, Коста-Рика, Кувейт, Израиль, Катар, Боливия, Суринам, Бахрейн, Доминика, Мексика, Виргинские острова, Нидерланды, Италия, Саудовская Аравия,

Йемен, Танзания, Бенин, Буркина-Фасо, Австрия, Бельгия, Германия, Ангола, Оман, Мозамбик, Сан-Томе и Принсипи, Свазиленд, Испания, Швейцария, Никарагуа, Парагвай, Гондурас, Египет, Уругвай

**Первое место в чартах магазина приложений Google Play:**
Нидерланды, Чили, Испания, Мексика

**Россия:**
79-е место среди всех бесплатных приложений
7-е место в разделе «Социальные сети»
395-е место среди всех приложений
26-е место в разделе «Связь»

*Рост числа пользователей.*

**❋ Установки, млн**
**● Ежедневная аудитория, млн**



запуск — август 2013
1 — 26 ноября 2013
3 / 5 — 31 января 2014
5 / 10 — 18 февраля 2014
20 — 24 февраля 2014

Источник: Telegram

Театр Дурова: почему основатель «ВКонтакте» проиграл битву за социальную сеть

Telegram — это бесплатный мобильный мессенджер, аналог WhatsApp, купленного Facebook в феврале 2014 года за $19 млрд. Только, по заверению Дурова, «лучше в каждой детали». Производством Telegram занималась американская Digital Fortress, собственником которой значится брат Павла, Николай Дуров. «Настоящий гик в потертом свитере», — описывает его один из немногих людей извне, встречавшихся с ним «в реале». Именно Николай сыграл ключевую роль в становлении «ВКонтакте» как технологической компании: придумывал и строил архитектуру сети, пока Павел занимался идеологией. «Николай может решить проблему за 15 минут, остальным внутри компании понадобится день», — говорит один из представителей UCP.

По заверению Павла Дурова, Telegram создавался на его личные деньги силами людей, не имеющих отношения к «ВКонтакте». Главная «фишка» приложения — шифрование связи, по словам разработчиков, сообщения Telegram нельзя перехватить, дешифровать и прочитать. Это мечта братьев, говорит Павел: хотели создать продукт, в котором даже системный администратор не имеет возможности просматривать сообщения. Мечта стала реальностью: с момента запуска в августе 2013 года по конец февраля 2014 года приложение было скачано уже более 20 млн раз (см. инфографику).

Запуск Telegram окончательно испортил и без того натянутые отношения между UCP и Дуровым.

По словам Щербовича, вскоре после выхода Telegram у них состоялся очередной разговор по скайпу: «Павел, вы просили у нас три месяца, чтобы запустить Telegram?» — «Это неконкурентный проект». — «Нет, это конкурентный проект, и есть нормы корпоративного поведения, а у гендиректора — безусловная обязанность по отношению к акционерам действовать в интересах компании! Называется fiduciary duty». — «Да, интересно, но это не для меня». Щербович уверен, что Telegram создает конфликт интересов и наносит ущерб компании «ВКонтакте». Дуров возражает: основная аудитория сети в России, а у Telegram на Россию в последнее время приходится меньше 0,5% регистраций. Кроме того, проект не приносит денег, он некоммерческий, а значит, ущерба нет.

Фонд UCP уже в момент прихода во «ВКонтакте» начал настоящую юридическую войну, засыпая письмами Дурова, Mail.ru Group, USM Advisors и прочих акционеров Mail.ru вроде южноафриканского Naspers. Источник, близкий к Mail.ru Group, называет действия UCP «типичным гринмейлом» (форма корпоративного шантажа путем скупки части акций какой-то компании с последующим предложением другим акционерам выкупить эти акции по большей цене). Большая часть писем UCP касается финансов «ВКонтакте»: с помощью нанятых частных детективов фонд усиленно изучает любую отчетность по расходам топ-менеджеров социальной сети, пытаясь найти свидетельства воровства, нецелевого расходования или вывода денег из компании.

Одна из сторон конфликта недовольна тем, что Павел считал деньги «ВКонтакте» своими личными и тратил их как хотел. Другая настаивает, что совладелец частной компании не обязан отчитываться перед третьими лицами. Второй крупный акционер «ВКонтакте» сейчас занят ровно теми же действиями, но в отношении братьев Перекопских. Игорь до недавнего времени был финдиректором «ВКонтакте», Илья — вице-президентом и ближайшим соратником Дурова. Оба сейчас консультанты UCP.

8

Театр Дурова: почему основатель «ВКонтакте» проиграл битву за социальную сеть

# Игры престола

Летом 2013 года Дуров предлагал UCP Илью Перекопского на пост CEO «ВКонтакте»: в письме от 12 июля для себя он предлагает ввести должность президента. Такая рокировка позволяла Дурову остаться главным в компании, передав операционное управление своему ближайшему другу. Правда, вскоре Павел передумал и сообщил UCP, что пошутил. Зачем он писал это письмо, Дуров не ответил, а его знакомые говорят, что Павел в это время «гасился в Европе» и ему было «все равно».

Но люди из UCP все же решили встретиться с потенциальным CEO и обсудить с ним стратегию развития сети. Перекопский им понравился: общаться с ним оказалось не в пример проще, чем с Дуровым, по крайней мере он охотно отвечал на вопросы и его не пугало слово «монетизация». Какие последствия имела эта встреча — версии расходятся. Источники в окружении Усманова уверены, что бывший вице-президент «ВКонтакте» решил вести продуманную игру по свержению Дурова и утверждению себя на посту гендиректора компании. «Павел знал, что мы с ними общаемся, он доверил мне общение с ними, никаких заговоров не было», — отвечает Перекопский.

«Дуров, конечно, не совсем уж такой «наивный одуван», каким его принято представлять, но Перекопскому он доверял очень сильно, у Ильи была доверенность на совершение всех финансовых операций от имени Дурова, — говорит источник, близкий к Mail.ru Group. — А у Ильи никаких опционов никогда не было, только бонусы, и в какой-то момент у него, вероятно, оформилась мысль, что он получает слишком мало». Пусть обвинения предъявит сам Дуров, отвечает Перекопский: «Я с ним потом говорил: скажите мне, где я вас предал, хоть один факт? Он мне ничего не назвал». В январе 2014 года об увольнении Илье сообщил новый акционер, Иван Таврин. (Перекопский уволился по соглашению сторон.)

В феврале Перекопский стал консультантом UCP. «Когда это все произошло, они позвонили и сказали: «Вы там единственный, по крайней мере, адекватный человек. Может, поработаете над стратегией компании?» — рассказывает Перекопский. Его противники уверены, что его «отношения» с фондом начались гораздо раньше: нанятые людьми Усманова детективы установили, что в течение 2013 года бывший вице-президент связывался по телефону с людьми из UCP не менее 50 раз.

Куда ездил Перекопский, в каких гостиницах жил, за чей счет оплачивал поездки — сыщики сейчас собирают ровно те же бумаги, которые UCP собирает в отношении Дурова.

«У нас есть документы, бумаги, доказательства, я думаю, мы будем подавать на Перекопского в суд. Когда? Вот завершится проверка «ВКонтакте» (ее ведут аудиторы Deloitte и Ernst & Young. — Forbes), и будем. Я думаю, через месяц», — говорит источник, близкий к новому менеджменту «ВКонтакте». «Я сам думаю об обращении в суд, — парирует Перекопский. — В компании проводят аудит только деятельности 2013 года, умышленно обходя вниманием аффилированные структуры Павла. Если они продолжат распространять обо мне клевету, я приведу в суде все доказательства хищений средств семьей Дуровых».

9

Театр Дурова: почему основатель «ВКонтакте» проиграл битву за социальную сеть

Все эти разбирательства сопровождаются шпиономанией: внутри «ВКонтакте» пытаются вычислить «агентов» Перекопских, а Илья отказался общаться с Forbes по мобильному телефону, опасаясь прослушивания.

# Game over

Ссоры с UCP, общение с правоохранительными органами, вал юридических писем и проверки отчетности — все это, конечно, могло стать поводом для ухода Дурова из раздираемой конфликтом компании. Но для сделки с Таврином, которая, по данным Forbes, состоялась в декабре 2013 года, были и другие, более весомые причины.

«Мы ведем переговоры с UCP, они готовы продать свою долю, исходя из оценок $4–7 млрд за «ВКонтакте». Это слишком дорого, но если договоримся, мы готовы купить. Почему нет?» — сказал Forbes источник, близкий к Mail.ru Group. Получив контроль над «ВКонтакте» благодаря сделке Дурова с Иваном Таврином (№200 в российском списке Forbes, состояние $500 млн), гендиректором «Мегафона» и младшим партнером Усманова в «ЮТВ Холдинге», Mail.ru Group может позволить себе ждать сколько захочет. Ее главный акционер и богатейший бизнесмен страны Алишер Усманов давно «отбил» все инвестиции в интернет и не нуждается в быстрых деньгах.

Инвестиционному фонду UCP, напротив, хочется заработать как можно быстрее. Сделать это можно только одним способом — продать купленный пакет дороже. Вариантов не так много: либо продать второму акционеру (едва ли найдутся желающие повторить их путь), либо дожидаться IPO и продавать на нем. Летом 2013 года совет директоров «ВКонтакте» одобрил привлечение консультантов для организации IPO. «Ну, UCP настаивали, мы согласились, какая разница. Никакого IPO не будет, Mail.ru Group не может растить конкурента к IPO, это вызовет гигантский конфликт интересов у менеджмента» — говорит источник, близкий к Mail.ru Group.

Что в этой ситуации хочет Дуров, не интересует ни одну из сторон: благоприятного для него исхода нет ни в одном из вариантов развития событий. Самый вероятный: победит Mail.ru Group, и сбудется страшный сон Дурова о поглощении «ВКонтакте». Менее вероятный: UCP и Mail.ru Group продолжат терзать друг друга, и компания будет жить в постоянном конфликте. Самый невероятный: победит UCP, но в этом случае Дурову нет места в компании. Какое-то время он останется ее гендиректором: вопрос о том, кто возглавит «ВКонтакте», тоже будет решаться после завершения аудиторской проверки. Но для Дурова-акционера самое время взять деньги и уйти: его Telegram обновляет рекорды скачиваний, а после истории с продажей WhatsApp за $19 млрд весь проект выглядит еще более привлекательно.

Правда, Щербович настаивает, что Дуров должен либо покинуть пост гендиректора «ВКонтакте», либо отдать мессенджер в состав «ВКонтакте»: UCP будет доказывать, что он делался людьми из соцсети и на деньги социальной сети. Второй акционер «ВКонтакте» претензий к Дурову в связи с Telegram не имеет, но брать его сторону в этом проекте не собирается. «Мы спросили: Паша, ты использовал для него деньги и программистов «ВКонтакте»? Он ответил: нет. Мы: хорошо, верим. Если он нас обманул, будет отвечать. Преследовать его в суде мы не будем, но и «вписываться» тоже не будем», — говорит источник, близкий к Mail.ru Group.

10

Театр Дурова: почему основатель «ВКонтакте» проиграл битву за социальную сеть

По данным источников, за 12% акций «ВКонтакте» Павел Дуров получил от $200 млн до $400 млн. Серьезные деньги для 29-летнего человека. Но это совсем немного для современного интернет-бизнеса и едва ли много для основателя «ВКонтакте». Подчеркиваемое отсутствие интереса к деньгам — не более чем часть медийного, мифологического образа Дурова, над созданием которого он работал тщательно и долго.

«Дуров гениальный? Да. Эксцентричный? Да. Бессребреник? Ну вот тут мимо. Он максималист, во всем стремится стать лучшим. Поэтому он хочет быть богатым, очень богатым», — говорит один из его хороших знакомых.

Первая попытка не удалась, но обязательно будут другие, уже не связанные с главной российской социальной сетью.



**Адрес публикации:** http://www.forbes.ru/kompanii/internet-telekom-i-media/252431-teatr-durova-pochemu-osnovatel-vkontakte-proigral-bitvu-za

11

# Exhibit 3A

Igor Sechin coordinated the sale of 48% of the shares of VKontakte to the UCP fund

# Igor Sechin coordinated the sale of 48% of the shares of VKontakte to the UCP fund

Several sources have told H&F that the deal to sell 48% of the shares of VKontakte [inContact] to the United Capital Partners (UCP) fund was coordinated by Igor Sechin, the former vice premier and current president of Rosneft. The sale should help the Russian authorities control the social network from within. UCP did not confirm the political motives of the deal. But it is known that Igor Sechin is an acquaintence of Ilya Shcherbovich, the managing partner of United Capital Partners, who is on the board of directors of Rosneft.

Back in April, UCP purchased 48% of the shares from Lev Leviev and Vyacheslav Mirilashvili, co-founders of the social network. The amount of the deal was not disclosed. H&F has learned that neither Pavel Durov nor Alisher Usmanov knew about the deal before it was reported in the press.

Details of the story are available in our <u>feature story</u>.

# Exhibit 3B

Case 1:14-cv-03063-LGS Document 2-1 Filed 04/30/14 Page 35 of 38

Продажу 48% акций «ВКонтакте» фонду UCP курировал Игорь Сечин — Hopes & Fears — Нор...

 

# HOPES & FEARS

  ПРЕДПРИНИМАТЕЛИ   ОПЫТ   ИДЕИ   ТЕМА МЕСЯЦА   Недвижимость



# Продажу 48% акций «ВКонтакте» фонду UCP курировал Игорь Сечин

   

Как рассказали H&F сразу несколько источников, сделку по продаже фонду United Capital Partners (UCP) 48% акций «ВКонтакте» курировал бывший вице-премьер, глава «Роснефти» Игорь Сечин. Она должна помочь российским властям контролировать соцсеть изнутри. В UCP информацию о политических мотивах сделки не подтверждают. При этом известно, что Игорь Сечин знаком с управляющим партнёром United Capital Partners Ильёй Щербовичем, который входит в совет директоров «Роснефти».

Напомним, в апреле UCP выкупил 48% акций у сооснователей соцсети Льва Левиева и Вячеслава Мирилашвили. Сумма сделки не разглашается. По данным H&F, ни Павел Дуров, ни Алишер Усманов о сделке не знали до того, как информация о ней появилась в прессе.

Подробности истории читайте в нашем очерке.

ЧИТАТЬ НА ЭТУ ТЕМУ



HOPES & FEARS
**Принципы Павла Дурова, «ВКонтакте»**



ЭКСПЕРИМЕНТ
**Ход Дурова: 5 сценариев будущего «ВКонтакте» и других проектов её создателя**

ЧИТАТЬ НА ЭТУ ТЕМУ

| СЮЖЕТ | Новости | | | |
|---|---|---|---|---|
| ЛЮДИ | Павел дуров | Илья щербович | Вячеслав мирилашвили | Лев левиев |
| БРЕНДЫ | Вконтакте | Ucp | | |







ВЫЖИТЬ ЛЮБОЙ ЦЕНОЙ:
5 БИЗНЕСМЕНОВ В ЭКСТРЕМАЛЬНЫХ УСЛОВИЯХ

Где взять деньги на бизнес?

Специальный номер журнала для молодых бизнесменов
HOPES & FEARS

МУЛЬТИТУЛ ДЛЯ МОЛОДЫХ ПРОФИ

Продажу 48% акций «ВКонтакте» фонду UCP курировал Игорь Сечин — Hopes & Fears — Hop...

Case 1:14-cv-03063-LGS    Document 2-1    Filed 04/30/14    Page 36 of 38

## ДРУГИЕ НОВОСТИ

Телеканал «Спас» будет рекламировать только нравственные компании

КПРФ призывает россиян бойкотировать американские товары

X5 Retail Group может закрыть свой онлайн-магазин

Бывший маркетолог российского Google скрестил киноафишу и дейтинг

## ИНТЕРЕСНЫЕ ПОСТЫ

   

**Бигмак, go home: Что заставляло McDonald's уйти из разных стран мира**

**Вежливые люди: Как устроен бизнес крупнейшей частной армии в мире**

**Человек-вождя: Как живут бизнесмены в Северной Корее**

**Краткость и таланты: 5 приёмов составления идеального резюме**

РЕЙТИНГ

ПОРЕКОМЕНДОВАТЬ ДРУЗЬЯМ

ПРОЧЕЕ

2508
просмотров

 



Подписаться на комментарии

Пожаловаться

0
комментариев

2



НОВЫЕ И ЛУЧШИЕ

**Сделайте мне красиво: Как ретушируют фотографии**

**«Почему в душевых при бассейнах нет дверей?»**

**Кто и зачем переезжает из Москвы в Петербург**

**Почему мужчины перестали заниматься сексом**

Сноуден задал вопрос Путину во время «Прямой линии»

Наталья Поклонская покорила YouTube музыкальным видео

Sneaker porn: 10 Tumblr-блогов с красивыми девушками в кроссовках

Кампания Versace с Леди Гагой до фотошопа

ПЕРВАЯ ПОЛОСА

Люди X: Секретные разработки лаборатории будущего в Google

МЕНЕДЖМЕНТ

**Деофшоризация: Кому угрожает новая офшорная политика**

ОБЛАКО ЗНАНИЙ

**Что дальше: Как компании зарабатывают с Universal**

БУДУЩЕЕ

**Люди X: Секретные разработки лаборатории будущего в Google**

Сноуден задал вопрос Путину во время «Прямой линии»

Наталья Поклонская покорила YouTube музыкальным

Sneaker porn: 10 Tumblr-блогов с красивыми девушками в кроссовках

Кампания Versace с Леди Гагой до фотошопа

Ким продаёт: Как мировые бренды используют северокорейского лидера

Гражданин потребитель: За что котируют компании

Миротворец: История человека, продавшего тысячам бизнесменов билет в вечность

**КОММЕНТАРИИ** к посту «Продажу 48% акций «ВКонтакте» фонду UCP курировал Игорь Сечин»

Добавить комментарий

КОММЕНТАРИИ ЗАГРУЖАЮТСЯ

Авторизуйтесь, чтобы можно было оставлять комментарии.

КЕЙСЫ

**Гражданин потребитель: За что бой котируют компании**

CrocoTime: Сервис учёта рабочего времени, окупившийся за месяц

ИСТОРИИ

**Миротворец: История человека, продавшего тысячам бизнесменов билет в вечность**

Первая линия: Кто управляет историческими магазинами Москвы

ОБЛАКО ЗНАНИЙ

**Ким продаёт: Как мировые бренды используют северокорей ского лидера**

Новый чёрный: Почему уголь, а не альтернативная энергетика спасёт мир

3

Case 1:14-cv-03063-LGS    Document 2-1    Filed 04/30/14    Page 38 of 38

Продажу 48% акций «ВКонтакте» фонду UCP курировал Игорь Сечин — Hopes & Fears — Нор...

ЭКСПЕРИМЕНТ

## CrocoTime: Сервис учёта рабочего времени, окупивший ся за месяц

КЕЙСЫ

## Первая линия: Кто управляет историческими магазинами Москвы

БУДУЩЕЕ

## Новый чёрный : Почему уголь, а не альтернативная энергетика спасёт мир



БОЛЬШЕ ИНТЕРЕСНОГО

О журнале    Помощь    Вакансии    Контакты    Рекламодателям    Соглашение и правила    Правообладателям

© 2014 Hopes & Fears. Ежедневное интернет-издание о новом поколении предпринимателей.
Использование материалов Hopes & Fears разрешено только с предварительного согласия правообладателей.
Все права на картинки и тексты в разделе Новости принадлежат их авторам.
Сайт может содержать контент, не предназначенный для лиц младше **16-ти лет.**

Партнёр «Рамблера»

Другие наши проекты:



LOOK AT ME    ɟɟ FURFUR    Village    WONDER