# Exhibit 4A

# Seekers of the Social Network

Pro-Kremlin entities are dividing up control over the VKontakte service

**The war for control of the VKontakte social network is a new chapter in the corporate history of Russia.**

**First, it is the story of a profound redistribution of property. This time, what is being divvied up is not the Soviet legacy or an industrial or financial institution, but a big piece of the new economy.**

**Second, it is, as before, a struggle for political influence, but not for access to an important person or influential ear, but for the opinion of over 30 million people.**

**Third, as usual, the parties to the conflict cannot be easily labelled good or evil (only extreme connoisseurs could argue over who is better – Ilya Shcherbovich, behind whom the figure of Igor Sechin looms, or Alisher Usmanov, himself a very well-known figure). But in this story there is a unique cultural hero, who is ambivalent in the most extreme tradition of post-modernism – Pavel Durov.**

**First he creates on Russian soil and grow a popular social network (yes, he followed Zuckerberg's model, but remember, the Soviet nuclear bomb, best in the world, grew out of the Manhattan Project). He uses its space to cultivate ideas that sound like they came from the platforms of the pirate parties, creating a space where copyright and censorship are virtually unknown, but it gradually becomes an important button on the keyboard of Staraya [Old] Square [headquarters of the Presidential Administration]. And finally, he sells his gilded cage so he can develop a project all his own – a messaging service that neither the FSB [Federal Security Service] nor the CIA can read as they please (not yet, anyway).**

**There is no logic in this story, but there is a plot, and it's being written before our eyes and seems to be approaching its climax.**

Aleksey POLUKHIN

## inContact sports

*Who's dividing up Pavel Durov's legacy, and how*

For the Russian audience, the plot of the conflict among VKontakte shareholders has become even more interesting than the American TV shows about business – they should make it into a movie like the one about Facebook. But in this story, the most interesting part is not how the project was create, but how the creators left it.

Over the past two years, virtually all of the shares once held by the co-founders have passed into the hands of outside investors, and Pavel Durov not only sold his stake in the company, but he also nearly left his job as CEO of VKontakte.

In April 2013, the *UCP* fund, headed by Ilya Shcherbovich, took the opportunity to buy a major stake in the company – 40% – from Vyacheslav Mirilashvili, and 8% from Lev Leviev, thereby acquiring 48% of all the shares in the social network.

Alisher Usmanov's company, the *Mail.Ru Group*, became the second major contender for control of VKontakte. In early 2014, Pavel Durov sold the last block of shares held by the "founders" – 11.99% of the shares went to Pavel's friend Ivan Tavrin, the CEO of MegaFon. And he promptly sold them to the *Mail.Ru Group*. Usmanov's business now controls 51.99% of the shares – a controlling interest.

Alisher Usmanov's company, the *Mail.Ru Group*, became the second major contender for control of VKontakte. In early 2014, Pavel Durov sold the last block of shares held by the "founders" – 11.99% of the shares went to Pavel's friend Ivan Tavrin, the CEO of MegaFon. And he promptly sold them to the *Mail.Ru Group*. Usmanov's business now controls 51.99% of the shares – a controlling interest.

## Conflict

Two major investors cannot live together in one bear's den. And Durov himself ended up on the outs in the first, "cold" stage of their war. The UCP people accused him of working on his own project – the *Telegram* messaging service. They argue that this project is a competitor of VKontakte, making the analogy to *Facebook*, which bought the What's App messaging service out of fear of competition. They presented a simple choice: either integrate *Telegram* into the corporate structure, or resign as CEO.

Durov either couldn't take the pressure or decided to irritate UCP and put on a show. On 1st April, he posted a dramatic statement along the lines of "I'm tired, I'm leaving," and then sent an April Fool's Day greeting to the investors the next night, as if anyone could believe he would go voluntarily.

Apparently, Durov made his choice between Scylla and Charybdis by casting his lot with the Mail.Ru Group. Incidentally, and the same day, 3rd April, the Federal Antimonopoly Service granted the Mail.Ru Group's application to acquire rights sufficient to control the business of VKontakte. So Usmanov has the power to hire and fire the CEO, and he has nothing against Durov and his personal project *Telegram*.

*UCP*, it seems, did not get the joke. On Monday, 7th April, the fund filed a lawsuit seeking a declaration that VKontakte owns Durov's new project, Telegram. USP also disputes the sale of Durov's shares to Tavrin, asserting that, as the largest shareholder at that time, it had the "right of the first night."

Durov and his supporter, the *Mail.Ru Group*, launched a mirror-image attack, attempting to prove in court that the sale of Mirilashvili's and Leviev's shares violated corporate agreements in effect at the time and should therefore be nullified. "We regret that this has become a legal matter, because that is always very unproductive for an internet business. *Mail.Ru Group* expresses its support for Pavel Durov and has decided to support the claim that Pavel Durov was preparing in the period when he owned shares in VKontakte through the company *Bullion Development Limited (part of the Mail.Ru Group. — Author's note)*. Our main goal is to prevent harm to VKontakte, a product that many people enjoy, the *Mail.Ru Group* said in a statement.

## Novaya Gazeta Reference Guide

## What is the *UCP* Fund?

An independent investment group of companies. Founded in 2006, the fund is famous for its investments in projects like the VKontakte social network, the Russian stock exchange *RTS*, the Uralmash holding company, the Fruto Nyanya baby food producer, and the clothing manufacturers *Monarch и INCITY*. The fund does not disclose its beneficial owners. Its president, Ilya Shcherbovich, is on the board of directors of the state-owned companies Rosneft, Transneft, and FGC UES.

On 7th April, the fund filed a lawsuit against Pavel Durov and *Mail.ru Group*, the controlling shareholder of VKontakte. UCP argues that Durov used his position to become the owner of *Telegram* but did not launch the project within the framework of VKontakte. According to the fund, this could be construed as siphoning money and human resources from the company. Nikolay Durov, Pavel Durov's brother, was also involved in the development of the messaging service while holding the position of technical director at VKontakte. On this basis, *UCP* claims that VKontakte owns *Telegram*.

## What is *USM Holdings?*

A major international company, formed in 2012 to consolidate the numerous assets of Alisher Usmanov. Has interests in the metals and mining industries, telecommunications, internet, and media. *USM* controls 100% of the shares in Metalloinvest, 50% of the shares in MegaFon, and 100% of Yota. In the internet sector, *USM* is the primary shareholder of the *Mail.Ru Group* and the largest investor in the *Digital Sky Technologies* fund (*DST* is a portfolio investor in *Facebook, Apple, Twitter*, etc.). The *Mail.Ru Group* owns 100% of the shares in the *Mail.Ru* service, the Odnoklassniki social network, the ICQ instant message service, and *HeadHunter.ru*, a website for employers and job-seekers.

The *Bullion* company, which is part of the *Mail.Ru Group*, filed a lawsuit against two VKontakte shareholders, *Blesmir Developments Limited* and *Palagon Limited*, which are owned by the *UCP* fund. The basis for the lawsuit is the purchase by those companies of the shares held by Lev Leviev and Vyacheslav Mirilashvili (8% and 40%, respectively) in 2013. When they were shareholders of the social network, Leviev and Mirilashvili sold their equity stakes without notifying the other shareholders. *Bullion* seeks a declaration that the transaction is invalid. Pavel Durov previously filed a similar claim against UCP involving these 48% of the shares.

**Yekaterina POLISHCHUK**

## Exit Strategy

Why did the founders of VKontakte decide to get rid of their shares in the company? Let's take a look at the various possible answers.

Did they realize that the network would soon cease to be an attractive investment? According to SPARK [a market analysis site], VKontakte had earnings of 4.8 billion roubles in 2012, up almost 50% from the prior year, while net profit fell – the figure of 50 million roubles represents a 90% decrease from 2011. Nevertheless, the value of VKontakte has increased by 150-200% since April 2013, according to Durov. Overall, the company does not give the impression of a failed investment project.

Did they want to cash out fast and avoid headaches? Durov himself said that he has been selling everything off lately, even real estate and furniture, to say nothing of stock. Of course, money can be invested in a promising new project, a pure project, but to muck about in a swamp full of money and demanding investors is not much fun.

Intolerable pressure? Quite possibly. After Pavel Durov's fake resignation, the *Mail.Ru Group* said he left due to pressure from one of the shareholders. There's an opaque hint at the UCP fund.

## New problems

In the West last week, by the way, they were discussing not the war between the shareholders, but the growing conflict between VKontakte and the major music labels. A lawsuit was filed by *Sony, Universal and WarnerMusic*, which are incurring losses on the Russian market due to the fact that users can listen and download music for free through the social network's "Sound Recordings" service.

Any way you look at it, the financial prospects of Russia's largest social network are still very uncertain. The scandals between the investors, the fleeing of the founders, litigation with music companies, falling profits and the unclear benefits of internet advertising certainly cannot bolster the business's confidence – money loves the quiet. In such complex conditions, the stability of VKontakte is in question, and after a while the investors may find they have nothing left to divvy up.

**P.S. The *Mail.Ru Group* responded that they have nothing to add to the information posted on Pavel Durov's page. UCP spokespeople did not respond to questions from Novaya Gazeta.**

Yekaterina POLISHCHUK

# The "centre" does not like encryption?

*The main prize in the corporate war may be the Telegram service, which is not controlled by the intelligence agencies*

The *Telegram* free messaging service was created at the initiative of Pavel Durov, based on the *MTProto* algorithm for encrypting correspondence developed by Pavel's brother, Nikolay Durov. The service is designed for exchanging text messages and files, whether uploaded from the user's device or found in the Network. Users are identified by their cell phone numbers, so the service is oriented toward smartphones, and it does not work on devices that are not connected to a mobile network. So there is no way it can be a competitor of VKontakte, as Durov is often accused.

On 14th August 2013, the *Telegram* application became available in the AppStore, and an *Android* version was released in the fall. The source codes and a description of the encryption algorithm are accessible to the public, which protects Durov from accusations that he supposedly turned his messaging over to the American intelligence agencies. The developers of *Telegram* assure us that even they cannot decipher the messages sent through Telegram. Against the background of scandals over access by intelligence agencies to the private data of users on online services (including market leaders like *Facebook*), the confidentiality of *Telegram* has become the main reason for the rapid growth of its user base: as of March 2014, 35 million users had signed up.

The factors motivating the VKontakte founder to take this step are absolutely transparent, and he never tried to hide them. Durov has a strong reputation as a person with a libertarian approach to life, so he opposes restrictions on users' privacy. He could not protect his social network from the demands of the intelligence agencies and law – this was not realistic for such a strategically important part of the Russian internet. So he decided to get even with an independent project, the *Telegram* messaging service, which is registered in the U.S.

The largest shareholder of VKontakte, the *UCP (United Capital Partners)* investment fund, was quick to accuse Durov, as the CEO of the social network, of dissipating power and creating a conflict of interest. Social networks usually develop messaging apps within the primary service, but Pavel Durov went against this practice, understanding that an independent messaging service that was protected from access by the intelligence agencies could not possibly be created as part of a website that was required to obtain certification from the FSB [Federal Security Service] on all issues involving secrecy.

The representatives of *UCP* who sit on the VKontakte board of directors proposed that the social network buy *Telegram*, but *Vedomosti* has learned that the representatives of *Mail.ru Group*, the second largest shareholder of VKontakte, "deemed the idea unworkable." Back in April the *UCP* fund had filed a lawsuit trying to get their hands on the messaging app. In response, Pavel Durov filed a counterclaim, asserting that *UCP's* purchase of shares in the social network was itself illegal.

It appears that the underlying cause of this whole fuss is very simple. In December 2013, *Vedomosti* reported that the FSB had not found a pretext to challenge the existence of *Telegram*. But how could an encrypted communications channel, outside the reach of the intelligence agencies, exist within our country? And given the fact that no one knows who most of the shareholders of *United Capital Partners* are, it is not hard to guess who is behind this litigation. Especially since the goal of it is not to destroy Durov and his new service, but just to make it march to the beat and stay in its place.

**Yuriy REVICH**, Novaya Gazeta columnist

# In contact with the Kremlin

*How the president's administration moderated a social network*

Last year, Novaya Gazeta published a letter from Pavel Durov, the CEO of the VKontakte social network, to the Russian president's then-deputy chief of staff, Vladislav Surkov (see issue No. 33 of 27th March 2013), which was delivered to the Kremlin by Durov's press secretary, Vladislav Tsyplukhin, who initially refused to acknowledge the facts we reported. The letter indicated that the management of Russia's most popular social network worked with the FSB on a regular basis. VKontakte routinely turned over the personal data of its users and even blocked groups of opposition-minded users at the request of the president's administration.

For the site's shocked users, the publication had the effect of a detonating bomb. It was read by over 120,000 people. Bloggers close to Durov did not believe the letter was genuine (incidentally, Durov himself had mentioned its existence long before it was published). And we were forced to publish a whole series of letters to the Kremlin, providing evidence of the existence of an entire project, overseen by the pro-Kremlin writer Minayev, to manipulate public opinion using the VKontakte social network. Under the pressure of this evidence, Tsyplukhin, showing no small amount of courage for our time and his position (which Novaya Gazeta mentioned specifically), admitted on his page in the network that VKontakte actually did cooperate on propaganda with the Kremlin and the FSB.

This correspondence contains a separate discussion of the role of VKontakte shareholders Yuriy Milner and Lev Leviev. The content of the correspondence (like Durov's first letter) leaves no doubt that they could not avoid cooperating with the security services and government propagandists. The Kremlin has secret tools it can use not just to harm a private business, but to destroy it if necessary. Today, judging by recent events, lawsuits by the holders of copyrights to musical works posted by VKontakte users on their personal pages can also be used to easily control the behaviour of the VKontakte executives. If they don't want to pick up the phone.

**Valeriy SHIRYAEV**

# Exhibit 4B



10-04-2014 18:07:00

# Ловцы социальной сети

*Прокремлевские структуры делят контроль над сервисом «ВКонтакте»*

**Прокремлевские структуры делят контроль над сервисом «ВКонтакте»**



**Война за контроль над социальной сетью «ВКонтакте» — новое слово в корпоративной истории России.**

**Во-первых, это история глубокого передела собственности. Делят уже не советское наследство, не промышленный или финансовый институт, а большой кусок новой экономики.**

**Во-вторых, это по-прежнему борьба за политическое влияние, но уже не за доступ к важному телу или влиятельному уху, а за мнение 30 с лишним миллионов человек.**

**В-третьих, стороны конфликта, как обычно, нельзя определять с позиций добра и зла (спорить о том, кто лучше — Илья Щербович, за которым маячит фигура Игоря Сечина, или Алишер Усманов, который сам по себе до дыр известная фигура, — могут только ультрагурманы). Но есть в этой истории и своеобразный культурный герой, амбивалентный до крайних степеней постмодернизма, — Павел Дуров.**

**Сначала он создает на российской почве и развивает популярную социальную сеть (да, по лекалам Цукербегра, но ведь и лучшая в мире советская ядерная бомба выросла из проекта «Манхэттен»). Он культивирует на ее пространстве идеи, созвучные уставам пиратских партий, формируя пространство, практически свободное от авторских прав и цензуры, но постепенно становится важной кнопкой на клавиатуре Старой площади. Он,**

наконец, продает свою золотую клетку ради развития уже собственного проекта — сервиса сообщений, которые (пока) не могут по своей прихоти читать ни ФСБ, ни ЦРУ.

В этой истории нет логики, но есть сюжет, который пишется на наших глазах и, похоже, приближается к кульминации.

Алексей ПОЛУХИН


# ВКонтактные единоборства

*Кто и как делит наследство Павла Дурова*



Сюжет конфликта акционеров «ВКонтакте» для российской аудитории уже стал интереснее, чем американские бизнес-сериалы, — впору делать экранизацию подобной истории о «Фейсбуке». Только в этой истории самое интересное — не создание проекта, а выход из него создателей.

За последние два года практически все акции, принадлежавшие сооснователям, перешли к внешним инвесторам, а Павел Дуров не только продал свою долю в компании, но и чуть не покинул пост генерального директора «ВКонтакте».

В апреле 2013 фонд *UCP*, лицом которого выступает Илья Щербович, воспользовался возможностью выкупить крупный пакет — 40% — у Вячеслава Мирилашвили и 8% у Льва Левиева, завладев, таким образом, 48% всех акций социальной сети.

Вторым крупным претендентом на контроль за «ВКонтакте» стала компания

## Справка «Новой»

### Что такое Фонд *UCP*

Независимая инвестиционная группа компаний. Основанный в 2006 году, фонд известен своими инвестициями в такие проекты, как социальная сеть «ВКонтакте», российская биржа *RTS*, холдинг «Уралмаш», производитель детского питания «Фруто Няня», компании, специализирующиеся на одежде, — *Monarch* и *INCITY*. Бенефициары фонда не раскрываются, президент Илья Щербович входит в состав советов директоров государственных «Роснефти», «Транснефти» и «ФСК ЕЭС».

7 апреля фонд подал иск в отношении Павла Дурова и контролирующего акционера «ВКонтакте» *Mail.ru Group. UCP* утверждает, что Дуров использовал свое положение и стал собственником *Telegram*, а не запустил проект в рамках «ВКонтакте». По мнению фонда, это можно считать выводом денег и

Алишера Усманова *Mail.Ru Group*. В начале 2014 года Павел Дуров продал последний пакет, принадлежащий «основателям», — 11,99% акций перешли к другу Павла Ивану Таврину, генеральному директору «МегаФона». А тот незамедлительно перепродал их *Mail.Ru Group*. Теперь структура Усманова контролирует 51,99% акций — контрольный пакет.

## Конфликт

Два крупных инвестора в одной берлоге не живут. Крайним в их «холодной» на первом этапе войне оказался как раз Дуров. Представители *UCP* обвинили его в том, что он занимается собственным проектом — мессенджером *Telegram*. Они утверждали, что этот проект — конкурент «ВКонтакте», проводя аналогию с *Facebook*, который, побоявшись конкуренции, выкупил мессенджер *What's App*. Альтернатива была предложена простая: или интегрировать *Telegram* в корпоративную структуру, или освободить кресло гендиректора.

Дуров то ли не выдержал давления, то ли решил позлить фонд *UCP* и устроил шоу, 1 апреля сделав трагичное заявление в стиле «Я устал, я ухожу», а в ночь на 3 апреля поздравил инвесторов с Днем дурака: как, мол, кто-то вообще мог поверить, что он добровольно.

Видимо, Дуров сделал свой выбор между Сциллой и Харибдой, поддержав позицию *Mail.Ru Group*. Кстати, в тот же день, 3 апреля, Федеральная антимонопольная служба удовлетворила ходатайство *Mail.ru Group* о приобретении прав, позволяющих определять условия осуществления предпринимательской деятельности «ВКонтакте». То есть право назначать или увольнять гендиректора осталось за

трудовых ресурсов из компании. Николай Дуров, брат Павла Дурова, также участвовал в разработке мессенджера, занимая должность технического директора «ВКонтакте». На этом основании *UCP* требует признать права «ВКонтакте» на *Telegram*.

## Что такое *USM Holdings*

Крупная международная компания, созданная в 2012 году для консолидации многочисленных активов Алишера Усманова. Имеет интересы в области металлургии и горнодобывающей промышленности, телекоммуникаций, интернета и СМИ. *USM* контролирует 100% акций компании «Металлоинвест», 50% акций «МегаФон» и 100% *Yota*. Если говорить об интернет-сегменте, *USM* является основным акционером *Mail.Ru Group*, а также крупнейшим инвестором фонда *Digital Sky Technologies* (*DST* имеет портфельные пакеты в *Facebook, Apple, Twitter* и др.). *Mail.Ru Group* владеет 100% акций сервиса *Mail.Ru*, социальной сети «Одноклассники», сервиса мгновенных сообщений *ICQ*, сайта для работодателей и соискателей на рабочие места *Head Hunter.ru*.

Компания *Bullion*, которая входит в состав *Mail.Ru Group*, подала иск в отношении двух акционеров «ВКонтакте» *Blesmir Developments Limited* и *Palagon Limited*, принадлежащих фонду *UCP*. Причина — покупка этими компаниями долей Льва Левиева и Вячеслава Мирилашвили (8% и 40% соответственно) в 2013 году. Будучи акционерами соцсети, Левиев и Мирилашвили продали доли, не поставив в известность других акционеров. *Bullion* требует признать сделку недействительной. Ранее аналогичный иск к *UCP* в отношении этих 48% подал Павел Дуров.

**Екатерина ПОЛИЩУК**

Усмановым, а он не имеет ничего против
Дурова и его личного проекта *Telegram*.

В *UCP* шутку, похоже, не оценили. В
понедельник, 7 апреля, фонд подал иск,
требуя признать новый проект Дурова *Telegram* собственностью «ВКонтакте». Кроме того,
*UCP* оспаривает легитимность продажи пакета Дурова Травину, настаивая, что у него, как у
крупнейшего на тот момент акционера, было «право первой ночи».

Дуров и поддержавшая его *Mail.Ru Group* предприняли зеркальную атаку, пытаясь доказать в
суде, что это продажа пакетов Мирилашвили и Левиева нарушала действовавшие
корпоративные соглашения и потому должна быть аннулирована. «Мы сожалеем о переходе
разбирательства в юридическую плоскость, так как это всегда крайне непродуктивно для
интернет-бизнеса. *Mail.Ru Group* выражает поддержку Павлу Дурову и приняла решение
поддержать иск, который готовился Павлом Дуровым в период его владения акциями
«ВКонтакте» через *компанию Bullion Development Limited (входит в состав Mail.Ru Group. —*
**Прим. авт.**). Наша основная задача в том, чтобы не пострадал любимый многими продукт
«ВКонтакте», — подчеркивают в *Mail.Ru Group*.

## Стратегия с выходом

Почему основатели «ВКонтакте» решили избавиться от своих долей в компании? Давайте
рассмотрим возможные варианты.

Понимание, что сеть скоро перестанет быть перспективной? По данным СПАРК, выручка
«ВКонтакте» в 2012 году составила 4,8 млрд рублей, показав рост почти в 50% по отношению
к предыдущему году, хотя чистая прибыль уменьшилась — цифра в 50 млн рублей оказалась
снижением на 90% по отношению к 2011 году. Тем не менее с апреля 2013 года стоимость
«ВКонтакте» увеличилась на 150–200%, по словам Дурова. В целом компания не оставляет
впечатления проваленного инвестиционного проекта.

Желание получить много денег сразу и не мучиться? Сам Дуров утверждал, что в последнее
время стал распродавать все вплоть до недвижимости и мебели, не говоря уже об акциях.
Действительно, деньги можно вложить в новый перспективный, чистый проект, а возиться в
болоте с большим количеством денег и матерыми инвесторами не очень приятно.

**Невыносимое давление? Вполне возможно. Компания *Mail.Ru Group* после
фальшивой отставки Павла Дурова утверждала, что он ушел из-за давления
одного из акционеров. Такой вот непрозрачный намек на фонд UCP.**

## Новые проблемы

Западная аудитория на прошлой неделе, кстати, обсуждала не войну акционеров, а
разрастающийся конфликт «ВКонтакте» с крупнейшими звукозаписывающими компаниями. В
суд обратились *Sony, Universal* и *WarnerMusic*, которые несут убытки на российском рынке из-

за того, что пользователи имеют возможность бесплатно слушать и скачивать музыку через сервис «Аудиозаписи» в социальной сети.

Так или иначе, финансовые перспективы крупнейшей социальной сети России пока крайне неопределенные. Скандалы между инвесторами, бегство основателей, иски от звукозаписывающих компаний, падение прибыли и неясная выгода от интернет-рекламы вряд ли могут положительно влиять на самочувствие бизнеса — деньги любят тишину. В таких сложных условиях стабильность «ВКонтакте» остается под вопросом, и через некоторое время может оказаться, что делить инвесторам будет нечего.

**P.S. В** *Mail.Ru Group* **сообщили, что им нечего добавить к информации, размещенной на странице Павла Дурова. Представители** *UCP* **пока не ответили на вопросы «Новой газеты»**

**Екатерина ПОЛИЩУК**


# Шифровка не понравилась «центру»?

*Главным призом в корпоративной войне может стать сервис Telegram, неподконтрольный спецслужбам*

Бесплатный мессенджер *Telegram* был создан по инициативе Павла Дурова на основе алгоритма шифрования переписки *MTProto*, разработанной братом Павла — Николаем Дуровым. Сервис предназначен для обмена текстовыми сообщениями и файлами, причем как загруженными с устройства пользователя, так и найденными в Сети. В качестве идентификатора пользователя используется его сотовый телефонный номер, то есть сервис ориентирован на смартфоны, и на устройствах, не имеющих привязки к мобильной сети, работать не будет. Потому конкурентом «ВКонтакте», в чем часто обвиняют Дурова, он выступить никак не в состоянии.

14 августа 2013 года приложение *Telegram* появилось на *AppStore*, а осенью вышла версия для *Android*. Исходные коды и описание алгоритма шифрования доступны всем желающим, что защищает Дурова от обвинений в том, что он якобы сдал свой мессенджер американским спецслужбам. Разработчики *Telegram* уверяют, что даже они сами не могут расшифровать сообщения, посылаемые через *Telegram*. Конфиденциальность сервиса на фоне скандалов, связанных с доступом спецслужб к приватным данным пользователей в онлайновых сервисах (включая и таких лидеров рынка, как *Facebook*), и стала главным обстоятельством, обеспечившим скоростной рост пользовательской базы *Telegram*: к марту 2014 года в нем прописалось 35 миллионов пользователей.

**Мотивы основателя «ВКонтакте», подвигнувшие его на этот шаг, совершенно прозрачны и никогда им не скрывались. Дуров имеет стойкую репутацию человека, склонного к либертарианскому подходу к жизни, и последовательно выступает против ограничений на приватность пользователей. Оградить свою социальную сеть от требований спецслужб и законодательства у него не вышло — для системообразующего сервиса Рунета это нереально. И он решил**

отыграться на независимом проекте, каким и стал мессенджер *Telegram*, зарегистрированный в США.

Крупнейший акционер «ВКонтакте» инвестфонд *UCP* (*United Capital Partners*) не замедлил обвинить Дурова, как генерального директора социальной сети, в распылении сил и создании ситуации конфликта интересов. Обычно социальные сети развивают мессенджеры внутри основного сервиса, но Павел Дуров пошел вразрез с этой практикой, понимая, что в рамках ресурса, требующего сертификации ФСБ во всех вопросах секретности, независимый и защищенный от доступа спецслужб мессенджер создать будет невозможно.

Представители *UCP* в совете директоров «ВКонтакте» предлагали соцсети купить *Telegram*, но, как сообщали «Ведомости», представители *Mail.ru Group*, второго крупнейшего акционера «ВКонтакте», «сочли идею неудачной». Уже в апреле фонд *UCP* подал судебный иск, с помощью которого попытается прибрать мессенджер к рукам. В ответ Павел Дуров подал встречный иск, в котором утверждает, что приобретение доли акций соцсети фондом *UCP* вообще было незаконным.

Представляется, что подоплека всей этой возни очень простая. В декабре 2013 года «Ведомости» сообщили, что у ФСБ не нашлось повода придраться к существованию *Telegram*. Но разве может на территории нашей страны существовать шифрованный канал связи, который не поддается спецслужбам? И с учетом того обстоятельства, что основная часть акционеров фонда *United Capital Partners* никому не известна, несложно предположить, от кого исходит эта судебная кампания. Тем более что цель ее не уничтожить Дурова или его новый сервис, а всего лишь построить их по ранжиру, чтоб не выпендривались.

**Юрий РЕВИЧ**, обозреватель «Новой»


# В контакте с Кремлем

*Как администрация президента модерировала социальную сеть*

Год назад «Новая газета» опубликовала письмо гендиректора социальной сети «ВКонтакте» Павла Дурова тогдашнему заместителю главы администрации президента РФ Владиславу Суркову (*см. №33 от 27 марта 2013*), которое передал в Кремль его пресс-секретарь Владислав Цыплухин, поначалу отказавшийся признать приведенные нами факты. Из него следовало, что руководство самой популярной социальной сети России регулярно сотрудничало с ФСБ. «ВКонтакте» регулярно выдавал персональные данные своих пользователей и, более того, по просьбе администрации президента блокировал группы оппозиционно настроенных пользователей.

Публикация произвела среди задетых за живое пользователей эффект разорвавшейся бомбы, ее прочли более 120 тысяч человек. Близкие к Дурову блогеры не верили в подлинность письма (впрочем, сам он задолго до публикации упоминал о его существовании). И мы вынуждены были опубликовать целый ряд писем в Кремль, свидетельствующих о существовании под присмотром прокремлевского писателя Минаева целого проекта по манипуляции общественным мнением с использованием социальной сети «ВКонтакте». Под давлением улик Цыплухин, проявив немалое для нашего времени и своего положения мужество («Новая»

6

специально отметила это), признал на своей странице в сети, что такое сотрудничество в области пропаганды с Кремлем и ФСБ имело место.

Отдельно в этой переписке говорится о роли акционеров «ВКонтакте» Юрия Мильнера и Льва Левиева. Ее содержание (как и первое письмо Дурова) не оставляет сомнений, что они не могли уклониться от сотрудничества с силовиками и пропагандистами власти. Негласные инструменты, имеющиеся в руках Кремля, способны не просто навредить частному бизнесу, а даже разрушить его при необходимости. Сегодня, судя по событиям последнего времени, поведение руководителей сети «ВКонтакте» легко регулировать и исками от владельцев авторских прав на музыкальные произведения, размещенные на личных страницах пользователей «ВКонтакте». Если трубку брать не захотят.

**Валерий ШИРЯЕВ**

**Автор:** Алексей Полухин, Екатерина Полищук, Юрий Ревич, Валерий Ширяев

**Постоянный адрес страницы:** http://www.novayagazeta.ru/politics/63126.html

# Exhibit 5

                                                Pavel Durov

## Fwd: Double Irish with a Dutch Sandwich
1 message

**Axel Neff**                    Redacted                    Tue, May 1, 2012 at 3:34 AM
To: Ilya Perekopsky                            , Pavel Durov

Guys,

Follow up to the email from earlier today regarding Ireland.

As expressed below, Ireland more or less has intentionally created a reason for global corporations to invest in it's economy through an intricate tax loophole.  To sum it up briefly (as I have done so in the preceding email), there is an Irish law that says that companies whose managing partners are located outside of Ireland, can transfer money in and out of Ireland, through the Irish company, tax free, anywhere they choose.  Ultimately the profits are able to safely end up in an offshore island in the Caribbean, hidden from tax regulatory agencies throughout the world.

A corporate structure such as this is great for businesses who operate in a country where taxes are high, and/or the government may create new methods to steal profits from companies.  This is exactly why companies like Google, Apple, Microsoft, etc are using this technique.

So What does this mean for us?

This means that in terms of location of our data center, we should not worry about location based on the local laws.  No matter where we choose to position our colocation, we will have our foreign company managing that end of the operation.  It will never be necessary for profits/revenue to filter through the local regulating country.  Therefore, colocation becomes a business expense to the operating company.   Just the same as you two having dinner together in some Dubai hotel is a business expense to the company.

That being said, we can go anywhere with these.

I'll follow up to my other email with thoughts on that subject.

-Axel

---------- Forwarded message ----------
From: **Axel Neff**
Date: Mon, Apr 30, 2012 at 2:14 PM
Subject: Double Irish with a Dutch Sandwich
To: Ilya Perekopsky

Ilya,

I'll start with this email.

Google has developed a presence in Ireland because they are smart.  There is a very complicated international tax loophole that they utilize called the Double Irish Dutch Sandwich, which ultimately allows them to hide profits and pay 0% taxes.  This is what big boys use.

We might want to get intimately acquainted with a technique like this because it sounds like it will fit in nicely with the new startup you were describing to me.

This link is a great explanation of it as described in the NY Times. It's a good starting point.
http://www.nytimes.com/interactive/2012/04/28/business/Double-Irish-With-A-Dutch-Sandwich.html

This is how it works in summation:

1.  Some companies product is sold to a consumer somewhere in the world.
2.  Profit from that sale is received the companies subsidiary Irish company.  (Company must be controlled by managers outside of Ireland for this to work)
3.  The Irish subsidiary then pushes profits through to a Netherlands subsidiary company tax free (because Ireland has tax free inter european monetary transfer laws in place)
4.  The Netherlands company then pushes profits back through to the Irish subsidiary tax free.
5.  Then finally the Irish subsidiary pushes the profits to an offshore tax haven in the carribean where the profits are stored and hidden from authorities.  Leading to 0% tax rates.

And this whole process is completely legal.

Here are some quick articles on both Apple and Google using this technique.
Apple:
http://tech.fortune.cnn.com/2012/04/29/apples-tax-strategies-double-irish-with-a-dutch-sandwich/
Google:
http://www.bloomberg.com/news/2010-10-21/google-2-4-rate-shows-how-60-billion-u-s-revenue-lost-to-tax-loopholes.html

Facebook, Microsoft, countless others use this as well.


So, that is the story behind Ireland.  Let me know if you have any questions.

-Axel

Redacted

# Exhibit 6

Redacted

**To:**      Ilya Perekopsky                          Pavel Durov
**From:**    Axel Neff
**Sent:**    Tue 5/1/2012 3:40:23 AM
**Subject:** Data Centers

Guys,

Follow up to my email on the data centers.  (I apologize in advance for the length)

**<u>Colocation Factors:</u>**

As I'm sure you both know, when determining where to position a data center, there are a couple key things we need to consider.

Namely the following:
1. Access to reliable power (blackouts are bad)
2. Cool Climate (reduces cost)
3. No Risk of Natural Disaster (hurricanes and tornados are bad)
4. Government Stability (we don't want the government to change hands and deny access to the servers, or change the laws that control what can be done on the internet in their jurisdiction)
5. Security (Location with less corruption the better)
6. Proximity to Internet Exchange Points (faster access)
7. Attractive Pricing (Money is the bottom line)

**<u>Western New York, Ideal Location for Data Center:</u>**

After doing some research today, it turns out that one of the best places for colocation is actually in my back yard.  Upstate New York and Ontario Canada are two of the best places for data servers.  I have found some good articles explaining this.

http://www.bizjournals.com/buffalo/print-edition/2011/07/15/centered-on-data.html
http://gigaom.com/cloud/latimer-where-to-build-data-center/

**<u>Yahoo Already in Western New York:</u>**

Yahoo actually has recently built a major data center in this area.
http://pressroom.yahoo.net/pr/ycorp/508872.aspx

**<u>Reasons for Western New York:</u>**

In terms of the above list.

1. Western New York and Ontario have access to one of the world's largest natural resources for power generation in Niagara Falls.  The region will never be without power in our lifetimes.

2. Cold climate, saves on costs to cool the servers, which translates to savings on overal expenses.

3. There are no natural disasters in this area other than a few snow storms.

4. The US Government and USA in general, as inefficient as it can be, is still very stable in terms that it won't be going anywhere anytime soon and the concept of freedom will be around for a while. Canada the same, and actually Canada was recently listed as being one of the best country's to do business in.

5. In the US and Canada, the police force is a real agency. Meaning that we cannot bribe our police officers, drive around in fake police cars, and the police do not engage freely and at will in unlawful operations. The laws here are pretty legit, and if you break them you go to jail. Therefore, we do not have to worry about technology being stolen by the security team as much as we would in a country like Brazil.

6. In regards to the Internet Exchange Points, I'm not as familiar with this concept as you two are. I read about it however, and understand it better now. Looking on Wikipedia, we can find that there are quite a few of the largest Internet Exchange Points in New York. And actually there is on in the Western New York Region too, Buffalo Niagara International Exchange (BNIIX).
http://en.wikipedia.org/wiki/List_of_Internet_exchange_points_by_size

Plus I would have to imagine that the main Internet Exchange points at times must get bogged down. So maybe dealing with a less used exchange such as BNIIX would avoid problems associated the high volumes.

7. Lastly, pricing. In Western New York, the cost of everything is cheaper than the rest of the country. Real estate is cheaper, employee wages are cheaper, utilities are cheaper. (The only thing that is higher are taxes, but as discussed in my previous email that is a non factor).

And most importantly, the US Dollar is cheaper. Your money goes farther in the US today than it has any other time in history. And looking at quick pricing options, it appears thats the case now. The other location that I am high on is the Netherlands, but it appears the colocation is twice as expensive there than in this region.

8. Adding this one in there for good measure, In the event of something catastrophic happening and the servers go down. We do not have to rely on the customer support of the data center to explain to us what is going on. I am now, and for the foreseeable future will be positioned in this region. So at any point I would be able to physically travel to the data center within an hours drive and confront the issue.

### Centrilogic, Data Center that I like:

On my previous email below, I have listed the data centers that are in this area. One in particular that I like is a place called CentriLogic. http://www.centrilogic.com/

This company is located in the cities of Buffalo and Rochester in Western New York as well

as Mississauga, Ontario and they just recently completed construction of a new warehouse in Toronto. So this company has the best of both worlds in terms of being able to choose between US and Canada, has vast open spaces for servers, is expanding to allow for our servers to expand. And the dynamic of having two different countries in the mix allows you to host data in each country in case that one country does not allow the data, that the other country does.

**Conclusion:**

Ultimately, I don't think it matters that much where the servers are located. It appears there are a lot of good data centers throughout the world. That being said, if you feel europe would be the best location, I could redirect my efforts to find a location just as good there.

However, in terms of value, I really do not think you will find a better option than this particular region. And as luck would have it, it just so happens to be where I live. So initial coordination and setup of the servers could be fairly easy to arrange.

After you two have had some time to digest this information please let me know if you have any questions. If you would like me to start to put some concrete numbers for comparison purposes, I would be happy to do that as well. I will be available all day tomorrow should you need me.

Thanks,
- Axel


Redacted


On 30.04.2012, at 22:41, Axel Neff                                    wrote:


Ilya

Here is a listing of all the data centers near my in Western New York. Links to the companies are there too. I haven't done any research on the individual companies, pricing models, size, or any of that pertinent information just yet. I will do more research on these tonight.


## Buffalo NY: Data Centers
Currently there are **9** colocation data centers from Buffalo in New York, USA.


http://www.datacentermap.com/usa/new-york/buffalo/

**I-Evolve Data Center**

i-evolve
501 John James Audubon Parkway
14228 Buffalo
New York, USA

http://www.i-evolve.com/company/

**Short description:**
I-Evolve offers RELIABILTY & REDUNDACY with bi-coastal Carrier Grade data centers. Locate your network, servers and storage gear, and interconnect to a variety of telecommunications and other network service provider(s) with a minimum of cost and complexity.

**PCI**

Personal Computers, Inc.
703 Washington
14203 Buffalo
New York, USA

http://www.pciconnected.com/

**Short description:**
PCI prvides a complete set of data center hosting services, from colocation to fully managed services. We provides support for Intel, (HP, IBM, Dell) Windows, Linus, HP-UX, AIX and NetWare. We also provide support services for various SAN technologies including EMC, HP and NetApp.

**Switch & Data Buffalo**

Switch and Data Facilities Company, Inc.
350 Main St, 2ndFloor
14202 Buffalo
New York, USA

http://www.equinix.com/en_US/

**Ridge Lea**

Level 3 Communications
4252 Ridge Lea Rd.
14226 Amherst
New York, USA

http://www.level3.com/

**Short description:**
Business Class Level 3 Data Center located in Buffalo, NY area.

**Centrilogic**

Centrilogic
350 Main Street
14202 Buffalo
New York, USA

http://www.centrilogic.com/

**Short description:**
Centrilogic provides a full service colocation and managed hosting environment within a network rich building in a low power cost market

**Shatter I.T.**

Shatter I.T.
10 Lafayette Square
14203 Buffalo
New York, USA

http://www.shatterit.com/

**Short description:**
Shatter I.T. Provides 24/7 staffed data monitoring, protects your mission-critical information, and helps prevent small issues from becoming big problems. Our primary objective is to monitor and manage our customers' critical networks/systems.

**Shatter I.T.**

Shatter I.T.
350 Main
14202 Buffalo
New York, USA

http://www.shatterit.com/

**Short description:**
Shatter I. T. has signed a 10-year lease for 3,600 square feet of space on the fifth floor of Main Place tower.

**Advance2000**

Advance2000
1140 Wehrle Drive
14221 Williamsville
New York, USA

http://www.advance2000.com/

**Short description:**
The Advance2000 Amherst Data Center is a purpose build, single-story Tier II+ facility that was specifically designed to provide a secure, well powered and redundant computing environment.

**MTC**

<u>Matrix Telecommunications</u>
2810 Sweet Home
14228 Amherst
New York, USA

<u>http://www.mtxsys.com/home.php</u>

**Short description:**
11,000 sq ft Data Center interconnected with Level 3, Verizon, Fibertech, Time Warner and Global Crossing. Dual Eaton 9390 UPS, 150kW Caterpillar Diesel generator and N+3 Air conditioning.

# Exhibit 7

Redacted

**To:**      Pavel Durov                    Ilya Perekopsky'
**From:**    Axel Neff
**Sent:**    Tue 5/8/2012 12:05:36 AM
**Subject:** CentriLogic

Pavel & Ilya,

More on Data Centers.
I spoke with a couple data centers in the region.  Again, Centrilogic (www.centrilogic.com)
appears to be the best option, it is a very universal facility and offers as much flexibility as you
would need or could get anywhere else in the world.  Very globablly competitive.  It's just the
biggest and the best.

Some of the smaller places do not allow you to setup your own equipment, and do not have the
same amount of design flexibilities in terms of power needs and bandwidth.  I spoke with
representatives from both the Buffalo,NY location and Toronto, ON location.  Let me run down
some of the aspects that we talked about which make Centilogic appealing.

1.  Multiple Locations.

First and foremost, most other facilities are singular locations.  Centrilogic offers four different
data centers, two in each Canada and the United States.  It's a big, multinational operation.  All
four of the Data centers are directly connected and able to share data freely between each other.

This is good for two reasons.  Both that it offers the most amount of space for expansion, as well
as offers the flexibility to use servers housing specific data in each specific country if necessary
due to applicable laws, regulations, etc.

2. Space/Size

It appears the Buffalo, NY location (http://www.centrilogic.com/services/data-center-
facilities/buffalo-ny-usa/) which is roughly 23,000 Square Feet is the largest.  Right now I
believe he told me there is around 2,000 square feet of free space there which is more than
enough space for the 200 servers we would need.  I think the Toronto location is fairly open as it
is a new build.  It's a good sign that they just built a new data center too, shows that the company
is growing and expanding.

3.  Layout of Floor Design Flexibility

Typically 20 servers fit on a rack, and 4 racks will take up roughly 100 SqFt of space.  Which
tells me we are looking at between a 200 and 300 Square Foot cage for the initial layout.
Obviously there is more than enough room here that.

I mentioned how we would be expanding in the future and would need additional space.  They
informed me that they offer the right to refusal of the space next to your servers.  This is all
details that can be worked out in the contract.  But basically, we create a contract with them for
what we need, and in that contract we say that we want the option to expand inside the data

center. If another company comes a long and asks for to utilize that unused space, we then have the right to take it first.

These guys deal with a lot of large international companies, therefore have experience adjusting to the needs of their clients.

4. Various Options for Electrical Power

Centrilogic offers all levels of electric power. Meaning they have phase 1, phase 3 and DC power options there. We would be able to pick and choose our servers based on design choices, not design requirements. Very helpful because not all data centers seemed to offer this. From my experience, being able to utilize phase 3 would save some money. I don't know much about DC yet, apparently it is being reintroduced into the high power loading designs. They also have all AMP loads necessary.

Each company within the colocation center has their own circuit board. This is pretty standard, so that someone else's short does not fry the circuit boards for all servers.

5. Necessary Security Measures

Top of the line security access is in place. You need a US or Canada government issue ID with your Centrilogic ID to enter. They have multiple generators that are tested each month, but have never had to be used, all the cooling neccessary. Was told the cooling system operates at only about 60% maximum, so as to ensure they will never have

6. 24 hour, 7 day a week access.

I would be given security clearance to enter the facility at any time. Physically the Buffalo location is 20 minutes away from me. The Rochester location is just over an hour away, even the Toronto location is only 3 hours by car. So we would have hands on access at all times. They also have support staff on hand all hours of the day to help with whatever needs are necessary.

7. Unlimited Bandwidth

This is a big one. They assured me that they can offer the most bandwidth out of any other company in the region, and probably even most of the world. There are several access points to the building, and all carriers available are accessible there. Some of which have offices in the same building. They said no matter what the bandwidth needs are they can handle them. This is good.

8. Installation Help

They have technicians to help set up our arrangement. They also allow us to set up the system ourselves if we wish, but said that most people just have their technicians do it for a cost. That is mostly because their clients are located around the world and just choose not to send out their

own employees to set it up. But if we wanted to do that we could.

9. Tier 1 and Level 3

You guys probably know more about this than me already. Most serious hosting sites for data servers now have to be both level 3 and tier 1 if they want to be competitive in the market. This company is.

10. Conclusion

Ultimately, this company is a big company, and they are willing to put their services up against any other hosting site in the world. I really like them because they are big, have the space we need, are in the region that we spoke about, and are already multinational. They are willing to work with us on all aspects of the project, as much or as little as we need them, and will happily custom fit the project to our specifications.

No other company in the region has as much to offer as CentriLogic does, nor is another one as large. And no other company has shown growth and expansion like they have.

Let me know your thoughts on this and if you guys have any questions. I would be happy to provide you with more information should you need it.

Attached below is an email correspondence from the plant manager located in downtown Buffalo, NY. They assured me they can move as quickly as we need them to, but would realistically take about 2-3 weeks to get the power system in place, the cage assembled and the internet bandwidth operational. Plus whatever time it would take to get the equipment ordered and installed, but that could be done at the same time.

Look forward to hearing back from you.

-Axel

---------- Forwarded message ----------
From: **Jim Gibbons**                     Redacted
Date: Mon, May 7, 2012 at 5:20 PM
Subject: CentriLogic
To: axelneff

Axel-


I look forward to working with you on this project.

To get my engineers involved, we need to know server and storage device loads to calculate redundant power and associated costs.

From a connectivity perspective, we look for committed bandwidth and bill against the 95th percentile of use (so you are not penalized for occasional spikes in traffic).

We presently host a number of international sites and expect that growth to continue with the launch of additional facilities beyond the current US and Canada pairs.

Here is my contact data:

Jim Gibbons

**CentriLogic**

**www.centrilogic.com**
350 Main Street, Suite 100
Buffalo, New York 14202

Office: **716-478-7715**

Mobile: **716-982-3919**

Fax:    **716-478-7721**

Email:

**Delivering technology and peace of mind**

**Leadership in HYBRID Data Center solutions**

Exhibit 8

Gmail                                                      **Pavel Durov**

**(no subject)**
1 message                        Redacted

**Ilya Perekopsky**                                    Thu, May 9, 2013 at 6:34 AM
To: Pavel Durov

Ilya,

Here are my ideas.

Option 1.

We create a new LLC in the state of Delaware.  Through this LLC, we obtain a new US tax
identification number, use that to obtain a new DUNS number and setup a new developer account on
Apple for this new company.

There will be no connection to any other person or business, it will be a stand alone company whose
sole purpose is the operate that one individual app.  In the apple App store, the name of the company
developing the app will then appear to be the same as the app itself.

Moving forward, we can do this for all new apps that are released.  Then eventually transfer ownership
of each of the Delaware LLC's to one main company.  Meaning that each small company, registered in
Delaware will be owned and operated by a main company elsewhere.

The concept is similar to how Vkontakte LTD owns Durov LLC

Timing:

I had my attorney (cousin) research this.  We could get the company registered within one day, and
obtain the federal tax ID number needed within a day or two as well.  Once we have that in place, we
could then move through the DUNS process to get a new DUNS number to setup a new Apple
developer account.

In total, this would take about 2 weeks maximum,

maybe less if nothing went wrong.  Last time D&B screwed up my DUNS application, which made this
take a long time.  And as you know, Apple is never in a hurry to help anyone out or give them
preferential treatment.


I think this is the best option, because each new product we release will be completely anonymous.
However, it will require us to go through this process for each new product released.

In this case, we also can leave the existing Digital Fortress LLC in place to serve as the managing
company for the cloud hosting.  This would not require us to retract Pavel's previously released
statement that digital fortress was a cloud hosting service he set up.

Plus it will be much easier to maintain all contracts I have established with the data centers through this
company.  Not to mention for permanent visa purposes, this company has been in operation for a while
now, we have invested a lot of money through it and have created a pretty decent business structure.

**The advantages of Delaware LLC PRIVACY:**

Company ownership need not be disclosed to the State of Delaware.
Company ownership transfers need not be reported to the State of Delaware.
Delaware does not maintain a publicly available database of companies' management.

The reporting and disclosure obligations imposed by the State of Delaware are minimal.


Option 2.

Change the name of the existing company.

We still have the option to outright change the name of the company.  To do this, we will have to leave a lengthy paper trail, sending documents to the IRS, DUNS number and Apple.  Not to mention notify the banks, state and federal regulatory departments, and all of our data centers for billing purposes.

It is still very possible though.  We could even recreate a new Digital Fortress company to use as a dummy company to deter attention away from the new operations.

Timing:
This option would probably take about a week to make the change, and work with DUNS and Apple to adjust our accounts to reflect the name.  Again, that time frame though is based on the government working quickly with me to make these changes.


Really, Option 1 is probably best for all new product releases moving forward.  Most private option, least amount, and allows the most options after release.


Redacted

# Exhibit 9



Pavel Durov·

## Отчет о налогах
1 message

Redacted

**Ilya Perekopsky**
To: Pavel Durov

Mon, Jun 10, 2013 at 10:02 PM

So basically, with the US structure, we only pay taxes on the commission paid to Pictograph LLC and Telegram LLC.  Then the money transferred to the app owner is NOT subject to US taxes.

### Example 1: Sales Revenue disbursements from $1 Appstore Purchase

+  $1.00  Sale revenue of our app on Apple appstore
-   $0.30  30% Commission that Apple takes from all sales acting as the owners agent

+ $0.70  Transfer from Apple to our US LLC
- $0.01 1% commission that our US LLC takes for acting as the owners US business agent *

**+ $0.69 Net Profits transferred from US LLC to Panama/Belize Corporation**

* US LLC pays 30% taxes on the $0.01 commission revenue.

+ $0.01 Commission to US LLC Serving as an agent
- $0.003 Corporate tax payments.

**+ $0.007 Net profits to US LLC**

**= Total Net Profits of Panama/Belize Corps + US LLCs:  $0.697**

### Example 2:  $1,000,000 annual sales volume of app

+ $1,000,000 Gross Sales of apps
-  $   300,000 Commission to Apple
-  $     10,000 Commission to US LLC

**+ $690,000 Net profits to Panama/Belize corp that owns the app**

+ $10,000 Profits to the US LLC after taxes
-  $  3,000 Corporate Income Taxes paid in the US by the US LLC

**+ $7,000 Net profits to US LLC**

**= Total Net Profits of Panama/Belize Corps + US LLCs:  $697,000**

Revisiting my previous email explanation:

1.  App sells on the Apple AppStore:

Apple serves as an agent who assists us with selling our products on the appstore. Apple charges a commission on that sale, but never claims ownership of the money the end users pay.

Which means when we receive payments from Apple, it really is not apple paying us at all. It is the end users who bought the app. Apple just transferred the money from the user to us.

Apple charges 30% commission for this service. In essence, app developers such as us are selling their products directly to the end users on a platform that Apple provides for them.

2.  Business Flow:  User -> Apple -> Pictograph/Telegram LLC -> Panama/Belize Corp.

We set up a commission based agreement for Pictograph and Telegram. Some small % that gets paid to pictograph/telegram llc for their services. Then Telegram and Pictograph file US tax returns on their commission earnings, and pay 30% US corporate taxes on their small % commission earnings. The rest of the revenue get transferred directly to Panama/Belize with out any US tax penalty.

3.  Legal Structure

We setup Telegram LLC and Pictograph LLC to be viewed as a C-Corp in the eyes of the US.  (US has multiple different classifications of corporations, C-Corp, S-Corp, LLC, LLP, etc.)  The nice thing about an LLC is that it allows you to designate whichever corporate structure you want to use, so we just file the paper work to tell the IRS that they are going to be taxed as C-Corp. This would be easy to do.

Create a legal agreement and contract for Telegram and Pictograph to serve as the agent for Belize/Panama. Telegram and Pictograph will never collect the payments from the users, only assist in the transfer of the sales from the end user to the creator of the app. They receive a small commission for this services.

4.  The ownership of the app

Ownership of the app always stays with the foreign company.  So

The app owner sells the app directly to the end-user with the assistance of the two agents. The US LLC would owe US income tax on its commission income, but the sales income earned by the app owner would not be subject to US income tax, per John the tax attorney.

"As long as the US LLC passes on the proceeds of sales of which it merely acted as an agent, those payments would not be subject to US withholding tax."

Redacted

# Exhibit 10

Redacted

Cc:        Paul Durov[                        , Ordody, Mathias (SIRV 42)
To:        Scheidegger, Malte (SIRV 421)
From:      Ilya Perekopsky
Sent:      Sun 29/09/2013 2:18:51 PM
Subject:   Re: Transfer

Yes, from Bullion for now

On 29 сент. 2013 г., at 16:02, "Scheidegger, Malte (SIRV 421)"
          wrote:


> Thanks Pavel, to be sure: the payment should be made from Bullion?


> Regards


> Malte


> From: Paul Durov
> Sent: Sunday, September 29, 2013 4:01 PM
> To: Ilya Perekopsky
> Cc: Scheidegger, Malte (SIRV 421); Ordody, Mathias (SIRV 42)
> Subject: Re: Transfer


> Dear Malte,


> From my side I confirm.


> Pavel

> On Sunday, September 29, 2013, Ilya Perekopsky wrote:

> Dear Malte

I kindly ask you to transfer $360k to

Wire Details

Bank Bank:  Bank of America

670 Main St
East Aurora
(800) 432-1000

Business Name:  Digital Fortress LLC

1725 Mainplace Tower
Buffalo, NY 14202

212-390-8100

Account number:

Routing number:                    **Redacted**

SWIFT Code:

We need to pay for our data-centers.

Ilya

# Exhibit 11

**To:** Pavel Durov
**From:** Axel Neff
**Sent:** Wed 05/02/2014 2:34:38 AM
**Subject:** Funds needed for Digital Fortress bank account

Redacted

Pavel,

The US bank accounts is low on funds.

We have spent a lot of money on SMS verification, as well as some additional purchases of the new servers and switch in London.

Also, I owe money for 1st quarter payments

It is hard to estimate how much we will need in the immediate future for additional SMS verification. But I think it would be safe to say we will need a good amount more.

So if possible, I would like you to transfer another $200,000 to the Digital Fortress US account. This would account for 1st quarter colo expenses for NTT of $38,000 and the $10,000 I just paid to infobip with our credit card.

I have not received the invoice from Telesign yet for January expeneses, but it is going to be a rather large bill. I'm anticipating at least $50,000. We sent over 3 million verifications from our Telesign account in January alone. This was 10X more than what we used in December.

Also, it is hard to estimate how much we will need moving forward for verification through clickatell, infobip, yamamah, etc, but I anticipate it will be a lot if this growth continues.

Let me know if you have any questions.

Thanks,
-Axel


If possible, please send $200,000 USD to the following account.


Bank of America: Digital Fortress LLC


Wire Details


Account details

Bank Name:   Bank of America

Bank Address:

670 Main St
East Aurora
(800) 432-1000


Business Name:

Digital Fortress LLC

1725 Mainplace Tower

Buffalo, NY 14202


212-390-8100

Bank Account number:

Redacted

Bank Routing number:


SWIFT Code:

# Exhibit 12

**To:**    Pavel Durov                     Redacted
**From:**  Axel Neff
**Sent:**    Thur 3/13/2014 11:36:42 PM
**Subject:**  Re: Transferring everything to a non-profit entity

Pavel,

I'll start to look into this for you.

A couple thoughts. First and foremost, I believe we could just elect to register Telegram LLC as a non-profit. This could eliminate some concerns. But I understand your worries with the US.

That being said, I will talk to my attorney and accountants, as well as account reps to see what is involved with what you listed. Let me see what I can come up with.

In the meantime, I will focus on getting all the equipment shipped out and installed. We are in the process of shipping the items this week, next and the following week as they are completed. There are several projects right now all at once. It's a rather larger undertaking amongst the 5 locations.

Also, the next quarter payments is coming due at the end of this month. I'll work up the quote for you for each location and send it over. Then I can make the payment to each data center, allowing for a full quarter to work out logistics before the next payments are due.

Thanks,
-Axel

On Thu, Mar 13, 2014 at 12:21 PM, Pavel Durov         wrote:

Axel,

As you are certainly aware of, the Telegram team declared numerous times in its FAQs and public statements that Telegram was a non-profit, so it is important for us to be legally consistent with what we declare. Telegram, despite being de facto non-profit, is still structured as a number of ordinary for-profit companies. I did some research and came to the conclusion that we should start from creating a CLG in the UK, which will be ready very soon.

http://en.wikipedia.org/wiki/Private_company_limited_by_guarantee

A for-profit entity that we currently have (Telegram LLC), especially a US-based one, raises questions among our audience. It is important for us to be able to transfer all property and contracts from our American companies to the non-profit one we'll soon establish in Britain. Could you please research what we will need to do to go forward with it from your side? I mean transferring the US trademark, servers, datacenter contracts, AppStore accounts etc.

Kind Regards,
Pavel

# Exhibit 13



**CREDIT SUISSE AG**
CH-8070 Zürich

Phone   +41 44 333 44 44
www.credit-suisse.com
BIC

Redacted

Private Banking

**IBAN**
Account
in the name of    Telegraph Inc., Belize City
Currency          USD

Your advisor
Phone

Telegraph Inc.
c/o VKontakte, Business Center:
Dom Zingera, 6th Floor,
Nevsky Prospekt, House 28
RU-190000 St. Petersburg






## Debit advice

28.3.2013
Page 1/1

| Text | Value | Currency | Amount |
|------|-------|----------|--------|
| As per order dated 27.3.2013 | | USD | 15'700.00 |
| **Total** | **28.03.13** | **USD** | **15'700.00** |

CHF 5.00 charges will be debited in the next statement.

In favor of

Digital Fortress LLC
1725 Mainplace Tower
Buffalo, NY 14202

Account with

Bank of America, NA
100 West 33rd Street
US-New York NY 10001

Payment reason

4th Quarter Expenses
office in downtown Buffalo at the
data center

Our correspondent

Bank of New York Mellon
US-New York NY 10286

ZA03

Form without signature          VAT No.                    Transaction No.

# Exhibit 14



**CREDIT SUISSE AG**
CH-8070 Zürich

Phone    +41 44 333 44 44
www.credit-suisse.com
BIC



Private Banking

**IBAN**
Account
In the name of    Telegraph Inc., Belize City
Currency    USD

Telegraph Inc.
c/o VKontakte, Business Center:
Dom Zingera, 6th Floor,
Nevskiy Prospekt, House 28
RU-190000 St. Petersburg

Your advisor
Phone






## Debit advice

2.5.2013
Page 1/1

| Text | Value | Currency | Amount |
|------|-------|----------|--------|
| As per order dated 1.5.2013 | | USD | 32'000.00 |
| **Total** | **02.05.13** | **USD** | **32'000.00** |

CHF 5.00 charges will be debited in the next statement.

In favor of

Digital Fortress LLC
1725 Mainplace Tower
Buffalo, NY 14202

Account with

Bank of America, NA
100 West 33rd Street
US-New York NY 10001

Payment reason

Office Staff April - June
Miscellaneous Office Expenses
Rent/Sparkpr Payment/Domains

Our correspondent

Bank of New York Mellon
US-New York NY 10286

Form without signature        VAT No.        Transaction No.

Exhibit 15

 **CREDIT SUISSE**

**CREDIT SUISSE AG**
CH-8070 Zürich

Phone   +41 44 333 44 44
www.credit-suisse.com
BIC

Private Banking

Redacted

**IBAN**
Account
In the name of     Bullion Development Limited,
                   Road Town, Tortola
Currency           USD

Your advisor
Phone

Bullion Development Limited
c/o Holender Ventures B.V.
Keizersgracht 616
NL-1017 ER  Amsterdam





## Debit advice

2.7.2013
Page 1/1

| Text | Value | Currency | Amount |
|------|-------|----------|--------|
| As per order dated 2.7.2013 | | USD | 355'500.00 |
| **Total** | **02.07.13** | **USD** | **355'500.00** |

CHF 49.00 charges will be debited in the next statement.

In favor of

Digital Fortress
LLC

Account with         Bank of America, NA
                     100 West 33rd Street
                     US-New York NY 10001

Payment reason       transfer for new equipment and
                     renewal services for data-centers

Our correspondent    Bank of New York Mellon
                     US-New York NY 10286

ZV/03

Form without signature          VAT No.                    Transaction No.

# Exhibit 16



**CREDIT SUISSE AG**
CH-8070 Zürich

Phone     +41 44 333 44 44
www.credit-suisse.com
BIC

Private Banking                    Redacted

**IBAN**
Account
In the name of     Telegraph Inc., Belize City
Currency           USD

Your advisor
Phone

Telegraph Inc.
c/o VKontakte, Business Center:
Dom Zingera, 6th Floor,
Nevskiy Prospekt, House 28
RU-190000 St. Petersburg





## Debit advice

12.8.2013
Page 1/1

| Text | Value | Currency | Amount |
|------|-------|----------|--------|
| As per order dated 11.8.2013 | | USD | 100'000.00 |
| **Total** | **12.08.13** | **USD** | **100'000.00** |

CHF 5.00 charges will be debited in the next statement.

| In favor of | Digital Fortress LLC<br>1726, Mainplace Tower<br>Buffalo, NY 14202 |
|---|---|
| Account with | Bank of America, NA<br>100 West 33rd Street<br>US-New York NY 10001 |
| Our correspondent | Bank of New York Mellon<br>US-New York NY 10286 |

ZV03

Form without signature          VAT no:                    Transaction No.

Exhibit 17

 **CREDIT SUISSE**

**CREDIT SUISSE AG**
CH-8070 Zürich

Phone    +41 44 333 44 44
www.credit-suisse.com
BIC

Private Banking                           **Redacted**



**IBAN**
Account
In the name of    Telegraph Inc., Belize City
Currency          USD

Your advisor
Phone

Telegraph Inc.
c/o VKontakte, Business Center:
Dom Zingera, 6th Floor,
Nevsky Prospekt, House 28
RU-190000 St. Petersburg






## Debit advice

21.8.2013
Page 1/1

| Text | Value | Currency | Amount |
|------|-------|----------|--------|
| As per order dated 20.8.2013 | | USD | 54'000.00 |
| **Total** | **21.08.13** | **USD** | **54'000.00** |

CHF 5.00 charges will be debited in the next statement.

In favor of

Digital Fortress LLC
1725, Mainplace Tower
Buffalo, NY 14202

Account with

Bank of America, NA
100 West 33rd Street
US-New York NY 10001

ZV03

Form without signature        VAT no:                Transaction No.

# Exhibit 18



**CREDIT SUISSE AG**
CH-8070 Zürich

Phone    +41 44 333 44 44
www.credit-suisse.com
BIC

Private Banking                    Redacted

**IBAN**
Account
In the name of     Bullion Development Limited,     Bullion Development Limited
                   Road Town, Tortola              c/o Holender Ventures B.V.
Currency           USD                              Kelzersgracht 616
                                                    NL-1017 ER  Amsterdam
Your advisor
Phone







## Debit advice

30.9.2013
Page 1/1

| Text | Value | Currency | Amount |
|------|-------|----------|--------|
| As per order dated 29.9.2013 | | USD | 360'000.00 |
| **Total** | **30.09.13** | **USD** | **360'000.00** |

CHF 49.00 charges will be debited in the next statement.

In favor of          Digital Fortress LLC
                     1725 Mainplace Tower
                     Buffalo, NY 14202

Account with         Bank of America, NA
                     100 West 33rd Street
                     US-New York NY 10001

Payment reason       Payment for datacenters

Our correspondent    Bank of New York Mellon
                     US-New York NY 10286

ZV03

Form without signature          VAT no:                    Transaction No.

# Exhibit 19

 CREDIT SUISSE

**CREDIT SUISSE AG**
CH-8070 Zürich

Phone    +41 44 333 44 44
www.credit-suisse.com
BIC

Private Banking

Redacted

**IBAN**
Account
in the name of    Telegraph Inc., Belize City
Currency    USD

Your advisor
Phone

Telegraph Ltd.
Business Center: Dom Zingera
6th Floor, Attn. Igor Perekopskiy
Nevskiy Prospekt, House 28
RU-190000 St. Petersburg





## Debit advice

19.11.2013
Page 1/1

| Text | Value | Currency | Amount |
|------|-------|----------|--------|
| As per order dated 18.11.2013 | | USD | 145'000.00 |
| **Total** | **19.11.13** | **USD** | **145'000.00** |

CHF 5.00 charges will be debited in the next statement.

In favor of

Digital Fortress LLC
1725 Mainplace Tower
Buffalo, NY 14202

Account with

Bank of America, NA
100 West 33rd Street
US-New York NY 10001

Our correspondent

Bank of New York Mellon
US-New York NY 10286

ZV03

Form without signature          VAT no:          Transaction No.

# Exhibit 20

 CREDIT SUISSE

**CREDIT SUISSE AG**
CH-8070 Zürich

Phone    +41 44 333 44 44
www.credit-suisse.com
BIC

Private Banking

Redacted

**IBAN**
Account
In the name of    Dogged Labs Ltd., Road Town,
                  Tortola

Currency          USD

Your advisor
Phone

Dogged Labs Ltd.
c/o Mr Igor Perekopskiy
Ligovskiy prospect 61, 8th Floor
RU-190000 St. Petersburg





27.12.2013
Page 1/1

## Debit advice

| Text | Value | Currency | Amount |
|------|-------|----------|--------|
| As per order dated 27.12.2013 | | USD | 760'000.00 |
| **Total** | **27.12.13** | **USD** | **760'000.00** |

CHF 5.00 charges will be debited in the next statement.

In favor of

Digital Fortress LLC
1725 Mainplace Tower
Buffalo, NY 14202

Account with

Bank of America, NA
100 West 33rd Street
US-New York NY 10001

Our correspondent

Bank of New York Mellon
US-New York NY 10286

ZV03

Form without signature          VAT no:                    Transaction No:

# Exhibit 21

 CREDIT SUISSE

|  | **CREDIT SUISSE AG**<br>CH-8070 Zürich | Phone    +41 44 333 44 44<br>www.credit-suisse.com<br>BIC |

Private Banking

Redacted

**IBAN**
Account
In the name of        Dogged Labs Ltd., Road Town,
                      Tortola
Currency              USD

Dogged Labs Ltd.
c/o Mr Igor Perekopskiy
Ligovsky prospect 61, 8th Floor
RU-190000 St. Petersburg

Your advisor
Phone







## Debit advice

5.2.2014
Page 1/1

| Text | Value | Currency | Amount |
|---|---|---|---|
| As per order dated 5.2.2014 | | USD | 200'000.00 |
| **Total** | **05.02.14** | **USD** | **200'000.00** |

CHF 49.00 charges will be debited in the next statement.

In favor of
                      Digital Fortress
                      LLC

Account with          Bank of America, NA
                      100 West 33rd Street
                      US-New York NY 10001

Our correspondent     Bank of New York Mellon
                      US-New York NY 10286

Form without signature          VAT no:                          Transaction No.

# Exhibit 22



| | |
|---|---|
| **CREDIT SUISSE AG**<br>CH-8070 Zürich | Phone   +41 44 333 44 44<br>www.credit-suisse.com<br>BIC |

Private Banking

# Redacted

**IBAN**
Account
In the name of    Dogged Labs Ltd., Road Town,
                  Tortola
Currency          USD

Dogged Labs Ltd.
c/o Mr Igor Perekopsky
Ligovsky prospect 61, 8th Floor
RU-190000 St. Petersburg

Your advisor
Phone







## Debit advice

20.2.2014
Page 1/1

| Text | Value | Currency | Amount |
|------|-------|----------|--------|
| As per order dated 20.2.2014 | | USD | 1'600'000.00 |
| **Total** | **20.02.14** | **USD** | **1'600'000.00** |

CHF 49.00 charges will be debited in the next statement.

In favor of

Digital Fortress LLC
1725 Mainplace Tower
Buffalo, NY 14202

Account with

Bank of America, NA
100 West 33rd Street
US-New York NY 10001

Payment reason

purchase of equipment

Our correspondent

Bank of New York Mellon
US-New York NY 10286

2V03

Form without signature          VAT no:                          Transaction No.

# Exhibit 23



**CREDIT SUISSE AG**
CH-8070 Zürich

Phone    +41 44 333 44 44
www.credit-suisse.com
BIC

Private Banking

**Redacted**

**IBAN**
Account
In the name of        Dogged Labs Ltd., Road Town,
                      Tortola
Currency              USD

Your advisor
Phone

Dogged Labs Ltd.
c/o Mr Igor Perekopskiy
Ligovskiy prospect 61, 8th Floor
RU-190000 St. Petersburg






24.2.2014
Page 1/1

## Debit advice

| Text | Value | Currency | Amount |
|------|-------|----------|--------|
| As per order dated 21.2.2014 | | USD | 470'000.00 |
| **Total** | **24.02.14** | **USD** | **470'000.00** |

CHF 49.00 charges will be debited in the next statement.

In favor of

Digital Fortress
LLC

Account with          Bank of America, NA
                      100 West 33rd Street
                      US-New York NY 10001

Our correspondent     Bank of New York Mellon
                      US-New York NY 10286

ZV/08

Form without signature          VAT no:                    Transaction No.

# Exhibit 24

 CREDIT SUISSE

**CREDIT SUISSE AG**
CH-8070 Zürich

Phone    +41 44 333 44 44
www.credit-suisse.com
BIC

Private Banking

Redacted

**IBAN**                :
Account
In the name of    Dogged Labs Ltd., Road Town,
                  Tortola
Currency          USD

Your advisor
Phone

Dogged Labs Ltd.
c/o Mr Igor Perekopskiy
Ligovskiy prospect 61, 8th Floor
RU-190000 St. Petersburg





## Debit advice

24.3.2014
Page 1/1

| Text | Value | Currency | Amount |
|------|-------|----------|--------|
| As per order dated 24.3.2014 | | USD | 733'000.00 |
| **Total** | **24.03.14** | **USD** | **733'000.00** |

CHF 49.00 charges will be debited in the next statement.

In favor of

Digital Fortress
LLC

Account with        Bank of America, NA
                    100 West 33rd Street
                    US-New York NY 10001

Our correspondent   Bank of New York Mellon
                    US-New York NY 10286

ZV03

Form without signature        VAT no:                    Transaction No.

Exhibit 25



CREDIT SUISSE

**CREDIT SUISSE AG**
CH-8070 Zürich

Phone    +41 44 333 44 44
www.credit-suisse.com
BIC

Private Banking                    Redacted

**IBAN**
Account
In the name of        Bullion Development Limited,        Bullion Development Limited
                      Road Town, Tortola                  c/o Holender Ventures B.V.
Currency              USD                                 Keizersgracht 616
                                                          NL-1017 ER  Amsterdam
Your advisor
Phone

## Debit advice

23.5.2012
Page 1/1

| Text | Value | Currency | Amount |
|------|-------|----------|--------|
| As per order dated 22.5.2012 | | USD | 1'000'000.00 |
| **Total** | **23.05.12** | **USD** | **1'000'000.00** |

CHF 49.00 charges will be debited in the next statement.

| | |
|---|---|
| In favor of | Digital Fortress Corp. |
| Account with | Bank of Cyprus Public Company Limited H.Off.i.Nicosia all Cyprus Off. CY-Nicosia (Lefkosia) |
| Payment reason | Inter-company transfer |
| Our correspondent | Bank of Cyprus Public Company Ltd CY-1599 Nicosia |

ZV/03

Form without signature            VAT No.                    Transaction No.

# Exhibit 26


**CREDIT SUISSE**

CREDIT SUISSE AG
CH-8070 Zürich

Phone    +41 44 333 44 44
www.credit-suisse.com
BIC

Private Banking

Redacted

**IBAN**
Account
In the name of    Bullion Development Limited,
Road Town, Tortola

Currency    USD

Your advisor
Phone

Bullion Development Limited
c/o Holender Ventures B.V.
Keizersgracht 616
NL-1017 ER  Amsterdam

## Debit advice

22.8.2012
Page 1/1

| Text | Value | Currency | Amount |
|------|-------|----------|--------|
| As per order dated 22.8.2012 | | USD | 2'000'000.00 |
| **Total** | **22.08.12** | **USD** | **2'000'000.00** |

CHF 43.00 charges will be debited in the next statement.

In favor of
          Digital Fortress
          Corp.

Account with    Bank of Cyprus Public Company
          Limited
          H.Off.l.Nicosia all Cyprus Off.
          CY-Nicosia (Lefkosia)

Our correspondent    Bank of Cyprus Public Company Ltd
          CY-1599 Nicosia

ZX03

Form without signature          VAT No.                    Transaction No.

# Exhibit 27

 CREDIT SUISSE

**CREDIT SUISSE AG**
CH-8070 Zürich

Phone    +41 44 333 44 44
www.credit-suisse.com
BIC

Private Banking

Redacted

**IBAN**
Account
In the name of     Bullion Development Limited,
                   Road Town, Tortola
Currency           USD

Your advisor
Phone

Bullion Development Limited
c/o Holender Ventures B.V.
Keizersgracht 616
NL-1017 ER  Amsterdam



## Debit advice

7.9.2012
Page 1/1

| Text | Value | Currency | Amount |
|------|-------|----------|--------|
| As per order dated 7.9.2012 | | USD | 1'000'000.00 |
| **Total** | **07.09.12** | **USD** | **1'000'000.00** |

CHF 43.00 charges will be debited in the next statement.

In favor of
                   Digital Fortress
                   Corp.

Account with       Bank of Cyprus Public Company
                   Limited
                   H.Off.I.Nicosia all Cyprus Off.
                   CY-Nicosia (Lefkosia)

Our correspondent  Bank of Cyprus Public Company Ltd
                   CY-1599 Nicosia

ZV03

Form without signature          VAT No.                    Transaction No.

# Exhibit 28



**CREDIT SUISSE AG**
CH-8070 Zürich

Phone    +41 44 333 44 44
www.credit-suisse.com
BIC

Private Banking

Redacted

**IBAN**
Account
in the name of    Bullion Development Limited,
Road Town, Tortola

Currency    USD

Your advisor
Phone

Bullion Development Limited
c/o Holender Ventures B.V.
Keizersgracht 616
NL-1017 ER  Amsterdam

## Debit advice

10.9.2012
Page 1/1

| Text | Value | Currency | Amount |
|---|---|---|---|
| As per order dated 10.9.2012 | | USD | 1'000'000.00 |
| **Total** | **10.09.12** | **USD** | **1'000'000.00** |

CHF 43.00 charges will be debited in the next statement.

In favor of          Digital Fortress
                     Corp.

Account with         Bank of Cyprus Public Company
                     Limited
                     H.Off.i.Nicosia all Cyprus Off.
                     CY-Nicosia (Lefkosia)

Payment reason       Funds required for data-center
                     construction.

Our correspondent    Bank of Cyprus Public Company Ltd
                     CY-1599 Nicosia

ZV03

Form without signature          VAT No.          Transaction No.

# Exhibit 29



**CREDIT SUISSE AG**
CH-8070 Zürich

Phone    +41 44 333 44 44
www.credit-suisse.com
BIC

Private Banking

**Redacted**

**IBAN**
Account
In the name of    Bullion Development Limited,
                  Road Town, Tortola
Currency          USD

Your advisor
Phone

Bullion Development Limited
c/o Holender Ventures B.V.
Keizersgracht 616
NL-1017 ER  Amsterdam

## Debit advice

8.10.2012
Page 1/1

| Text | Value | Currency | Amount |
|---|---|---|---|
| As per order dated 8.10.2012 | | USD | 110'000.00 |
| **Total** | **08.10.12** | **USD** | **110'000.00** |

CHF 43.00 charges will be debited in the next statement.

In favor of          Digital Fortress
                     Corp.

Account with         Bank of Cyprus Public Company
                     Limited
                     H.Off.I.Nicosia ali Cyprus Off.
                     CY-Nicosia (Lefkosia)

Payment reason       Funds required for datacenter
                     construction.

Our correspondent    Bank of Cyprus Public Company Ltd
                     CY-1599 Nicosia

Form without signature          VAT No.                    Transaction No.

ZV/03

Exhibit 30



CREDIT SUISSE AG
CH-8070 Zürich

Phone    +41 44 333 44 44
www.credit-suisse.com
BIC

Private Banking

**Redacted**

**IBAN**
Account
In the name of    Bullion Development Limited,
                  Road Town, Tortola
Currency          USD

Your advisor
Phone

Bullion Development Limited
c/o Holender Ventures B.V.
Keizersgracht 616
NL-1017 ER  Amsterdam

## Debit advice

6.11.2012
Page 1/1

| Text | Value | Currency | Amount |
|------|-------|----------|--------|
| As per order dated 6.11.2012 | | USD | 100'000.00 |
| **Total** | **06.11.12** | **USD** | **100'000.00** |

CHF 43.00 charges will be debited in the next statement.

| | |
|--|--|
| In favor of | Digital Fortress Corp. |
| Account with | Bank of Cyprus Public Company Limited H.Off.i.Nicosia all Cyprus Off. CY-Nicosia (Lefkosia) |
| Payment reason | Funds required for datacenter construction |
| Our correspondent | Bank of Cyprus Public Company Ltd CY-1599 Nicosia |

ZV/03

Form without signature    VAT No.    Transaction No.

# Exhibit 31



**CREDIT SUISSE AG**
CH-8070 Zürich

Phone    +41 44 333 44 44
www.credit-suisse.com
BIC

Private Banking

## Redacted

**IBAN**
Account
In the name of     Bullion Development Limited,
                   Road Town, Tortola

Currency           USD

Your advisor
Phone

Bullion Development Limited
c/o Holender Ventures B.V.
Keizersgracht 616
NL-1017 ER  Amsterdam



## Debit advice

10.1.2013
Page 1/1

| Text | Value | Currency | Amount |
|---|---|---|---|
| As per order dated 10.1.2013 | | USD | 150'000.00 |
| **Total** | **10.01.13** | **USD** | **150'000.00** |

CHF 49.00 charges will be debited in the next statement.

In favor of              Digital Fortress
                         Corp.

Account with             Bank of Cyprus Public Company
                         Limited
                         H.Off.l.Nicosia all Cyprus Off.
                         CY-Nicosia (Lefkosia)

Our correspondent        Bank of Cyprus Public Company Ltd
                         CY-1599 Nicosia

ZV03

Form without signature              VAT No.                    Transaction No.

# Exhibit 32



**CREDIT SUISSE AG**
CH-8070 Zürich

Phone    +41 44 333 44 44
www.credit-suisse.com
BIC

Private Banking

Redacted

**IBAN**
Account
In the name of      Bullion Development Limited,
                    Road Town, Tortola

Currency            USD

Your advisor
Phone

Bullion Development Limited
c/o Holender Ventures B.V.
Keizersgracht 616
NL-1017 ER  Amsterdam

1.2.2013
Page 1/1

## Debit advice

| Text | Value | Currency | Amount |
|------|-------|----------|--------|
| As per order dated 1.2.2013 | | USD | 250'000.00 |
| **Total** | **01.02.13** | **USD** | **250'000.00** |

CHF 49.00 charges will be debited in the next statement.

| In favor of | Digital Fortress Corp. |
|---|---|
| Account with | Bank of Cyprus Public Company Limited
H.Off.I.Nicosia all Cyprus Off.
CY-Nicosia (Lefkosia) |
| Our correspondent | Bank of Cyprus Public Company Ltd
CY-1599 Nicosia |

ZV03

Form without signature              VAT No.                    Transaction No.

# Exhibit 33



**CREDIT SUISSE**

CREDIT SUISSE AG
CH-8070 Zürich

Phone   +41 44 333 44 44
www.credit-suisse.com
BIC

Private Banking

**Redacted**

**IBAN**
Account
In the name of     Bullion Development Limited,
                   Road Town, Tortola
Currency           USD

Your advisor
Phone

Bullion Development Limited
c/o Holender Ventures B.V.
Keizersgracht 616
NL-1017 ER  Amsterdam

## Debit advice

18.2.2013
Page 1/1

| Text | Value | Currency | Amount |
|------|-------|----------|--------|
| As per order dated 16.2.2013 | | USD | 200'000.00 |
| **Total** | 19.02.13 | USD | 200'000.00 |

CHF 49.00 charges will be debited in the next statement.

| | |
|---|---|
| In favor of | Digital Fortress Corp. |
| Account with | Bank of Cyprus Public Company Limited H.Off.J.Nicosia all Cyprus Off. CY-Nicosia (Lefkosia) |
| Payment reason | equipment purchase |
| Our correspondent | Bank of Cyprus Public Company Ltd CY-1599 Nicosia |

# Exhibit 34



**CREDIT SUISSE AG**
CH-8070 Zürich

Phone   +41 44 333 44 44
www.credit-suisse.com
BIC

Private Banking

**Redacted**

**IBAN**
Account
In the name of    Bullion Development Limited,
                  Road Town, Tortola
Currency          USD

Your advisor
Phone

Bullion Development Limited
c/o Holender Ventures B.V.
Keizersgracht 616
NL-1017 ER  Amsterdam

## Debit advice

4.3.2013
Page 1/1

| Text | Value | Currency | Amount |
|---|---|---|---|
| As per order dated 4.3.2013 | | USD | 25'000.00 |
| **Total** | **04.03.13** | **USD** | **25'000.00** |

CHF 49.00 charges will be debited in the next statement.

| | |
|---|---|
| In favor of | Digital Fortress Corp. |
| Account with | Bank of Cyprus Public Company Limited<br>H.Off.I.Nicosia all Cyprus Off.<br>CY-Nicosia (Lefkosia) |
| Payment reason | For the purchase of a new domain name |
| Our correspondent | Bank of Cyprus Public Company Ltd<br>CY-1599 Nicosia |

ZV03

Form without signature          VAT No.          Transaction No.

# Exhibit 35

Redacted

**To:**     durov
**From:**    Sherbovich Ilya
**Sent:**    Wed 4/2/2014 10:57:04 AM
**Subject:**  Follow-up letter
<u>Letter.pdf</u>
<u>NC Binding term sheet (1).pdf</u>

Pavel,

Following our meeting – please see the attached.

Regards,

I.S.

PRIVILEGED AND CONFIDENTIAL
WITHOUT PREJUDICE

Pavel Durov

Redacted

*[by e-mail]*

April 2nd, 2014

Dear Pavel,

Reference is made to our confidential conversation earlier today, which we had at our request and on a "without prejudice" basis, to attempt to resolve matters relating to Telegram amicably. I explained to you at the meeting that by saying "without prejudice", it is meant that we agree that these negotiations and discussions will not be referred to in any subsequent litigation wherever that may take place and you confirmed that you were happy to proceed on that basis.

As you know, Blesmir and Palagon's position has been that you have developed Telegram and associated projects with assets and personnel of VK, in breach of your director duties to VK.Com and general director duties to VKontakte. Accordingly, Blesmir and Palagon have taken the position that Telegram is a VK business.

The VK Board (including as a result of votes cast by you) has so far stopped us from pursuing this claim in VK's interests. However, in the last few weeks we have gathered evidence to support our belief that you have spent the balance of the last 18 months developing Telegram and associated projects with resources of VK. This includes evidence gathered from Mr. Ilya Perekopsky, who has been consulting for us for some time, as well as Mr. Axel Neff, who has given us a sworn affidavit that explains how Telegram has been developed, funded and structured. We also informed you at the meeting that an affiliate of UCP has acquired from Mr. Neff three Telegram related entities: Telegram LLC, Digital Fortress LLC and Pictograph LLC.

Based on the evidence that we have gathered, we believe that VK has a strong claim against you to establish the ownership of the Telegram business and associated projects. We intend to issue proceedings ourselves, without further delay and even in the absence of agreement from the other Board members if that is not forthcoming, to secure the value of Telegram, recover from you and anyone else involved all money and resources of VK.Com and VKontake which have been misapplied, and to enable a full investigation of your conduct of the affairs of VK and VKontake to occur.

As discussed, we are willing to consider an alternative route to issuing proceedings. We are prepared to consider a transaction with you where you would transfer a minority participation in the Telegram business – including the Digital Fortress infrastructure that lies behind it - and associated projects to a UCP affiliate. In connection with this transfer, the Telegram business would be restructured such that ownership of the business would be set up through one vehicle that is co-owned by you and us, where we would have a minority participation. You and your

1

PRIVILEGED AND CONFIDENTIAL
WITHOUT PREJUDICE

brother would continue to have day to day operational control of Telegram, subject to us having negative control of significant transactions. You would also have to agree not to develop businesses in competition with Telegram or VK, without seeking consent, until such time as Telegram is monetized or, if transferred to VK, for a period of time after that. The exact terms of our proposal are set forth in the binding heads of terms attached to this letter.

As you are aware, the Board members of VK, other than Blesmir and Palagon, have not to date shown any interest in pursuing the Telegram opportunity by any means. Nevertheless, any deal which we do will need to address any duties owed by us to VK. So you will need to agree to us assigning the benefit of the transaction or otherwise transferring the relevant interest in Telegram to VK if we determine that that is the correct course.

If you are willing to settle this dispute, we ask you to review and sign the binding heads of terms before 12 noon tomorrow St. Petersburg time. If not, we will be left with no alternative other than to commence legal proceedings without further delay.

Your sincerely,

Ilya Sherbovich

2

# BINDING TERM SHEET

### between UCP PF Limited and Pavel Durov

### Dated as of April 2nd, 2014

The purpose of this binding term sheet (the "**Agreement**") is to set forth the agreement regarding establishment of a joint venture (the "**Joint Venture**") between Mr. Pavel Durov ("**PD**") and UCP PF Limited ("**UCP**" and together with PD, the "**JV Parties**") for the purpose of carrying on the Telegram Business (as defined below).

UCP Group is an indirect shareholder of VK.Com Limited ("**VK.Com**") and believes that entry into this Agreement and the Joint Venture is necessary and appropriate to protect the interests of VK.Com. UCP Group intends to act consistently with any duties it may owe to VK.Com as a result of entry into this Agreement and establishment of the Joint Venture.

The JV Parties acknowledge and agree that the following terms and conditions are intended to constitute a binding agreement containing all essential business and legal terms and conditions necessary and sufficient for the establishment of the joint venture, notwithstanding that the parties intend to memorialize these terms and conditions into one or more agreements containing other customary or negotiated terms not inconsistent with this Agreement.

| | |
|---|---|
| **Telegram Business** | The Telegram Business consists of the corporate entities, assets (including intellectual property) and employees utilized to operate the mobile applications "Telegram" (and successor applications) and "Pictograph" (and successor applications) for use on mobile platforms including, but not limited to, Apple iOS, Google Android and Windows Phone operating systems, and related services (such as voice over internet protocol) ("**Telegram Business**"), including, without limitation, the App Assets and the Telegram Associated Entities. |
| **Acknowledgement:** | PD hereby represents and warrants that (i) he either owns or controls, directly or indirectly, through family members, including his brother Nikolai Durov, other Affiliates, business partners or otherwise, the Telegram Business, except for the UCP Telegram Entities, and (ii) he has the requisite power and authority to enter into, deliver and perform and is able to satisfy the obligations under this Agreement. |
| **Establishment of the Joint Venture:** | UCP shall establish a newly formed joint venture entity by the Completion Date ("**NewCo**"). |
| | On the Completion Date (clauses (a), (b), and (c) below being "**Completion**"): |
| | (a)      PD shall procure, and cause his Affiliates and/or business partners to procure, that all App Assets and all assets owned or otherwise Controlled by Telegram Associated Entities, in each case with exception to those assets owned or Controlled by UCP Telegram Entities, are transferred to NewCo, exclusive of any liabilities; |
| | (b)      UCP shall procure, and cause its Affiliates to procure, that all assets of UCP Telegram Entities are transferred to NewCo, exclusive of any liabilities; |

and

(c)    in consideration for the above transfers and the standstill provision below, NewCo shall issue 52% of its share capital to PD and 48% of its share capital to UCP.

**Interim Period:**    In the period prior to the Completion Date, PD shall procure, and shall cause his Affiliates and/or business partners to procure, that:

(a) the Telegram Business is managed in the ordinary course, is not sold, licensed or otherwise transferred to any other party and that no agreement is entered into by PD, Nikolai Durov, any of their Affiliates, or other persons associated with or representing the Telegram Business that is inconsistent with this Agreement; and

(b) all necessary steps are taken to preserve and protect the Telegram Business and all App Assets and PD shall notify UCP in writing promptly of any adverse change in such business or assets.

PD shall furnish, and cause his Affiliates and/or business partners to furnish, to UCP for its review (the "**Due Diligence Review**"): (1) all information and documents reasonably requested by UCP relating to the Telegram Business, and (2) within 5 days of the date hereof, (i) a complete list of all Telegram Associated Entities, including the related App Assets owned by such entities and their ownership structure, (ii) a detailed description of the functioning of the Telegram Business, and (iii) a complete list of all persons (legal or natural) who have an interest or are otherwise associated with the Telegram Business or any Telegram Associated Entity.

**Shareholders'**
**Agreement:**    On the Completion Date, in connection with formation of the Joint Venture, the JV Parties shall enter into a shareholders' agreement (the "**Shareholders'**
**Agreement**") including the following terms:

1.    Shares or interests in NewCo shall carry equal voting rights.

2.    NewCo shall be governed by a board with three (3) representatives of PD and two (2) representatives of UCP.

3.    Significant decisions (including transactions with related parties, changes to articles of association and bylaws, issuance of capital stock, change of control transactions) shall be required to be authorized by the board and shall require the approval of both PD and UCP representatives.

4.    PD and Nikolai Durov shall continue to manage the Telegram Business day to day.

5.    Neither party shall be allowed to transfer its shares or interests in NewCo without the consent of the other, except that UCP shall be permitted to transfer its interest to VK.Com and/or VKontakte should UCP deem (in its sole discretion) that it is required to do so to discharge

2

its (contractual or fiduciary) duties to VK.Com or VKontakte.

6. Each JV Party shall have preemptive rights with respect to the issuance of capital stock of NewCo.

7. NewCo shall not take any action to knowingly solicit for employment any person who is currently an employee of VK.Com.

8. PD agrees not to compete directly or indirectly with NewCo or VK.Com until the earlier of (1) the transfer of the Telegram Business by NewCo, except for any transfer to VK.Com or an Affiliate of VK.Com, in which case, PD agrees not to compete for a period of three (3) years following such transfer, or (2) three (3) years following termination of the Shareholders Agreement.

**Standstill:**    In consideration of the foregoing, from the date hereof:

(a)    UCP shall use its best efforts (in so far as consistent with its duties owed to VK.Com) to procure that VK.Com agrees, for so long as this Agreement is in effect and so long as PD complies with its terms, not to bring any suit, action or proceeding or seek any judgment against PD and his Affiliates in respect of any and all claims and/or causes of action relating to or arising out of the Telegram Business to the extent such claims or causes of action relate to or arise out of circumstances existing prior to the date hereof; and

(b)    PD agrees, and shall procure that his Affiliates, business partners and the Telegram Associated Entities (other than the UCP Telegram Entities each agree, for so long as this Agreement is in effect and so long as UCP complies with its terms, not to bring any suit, action or proceeding or seek any judgment against UCP and its Affiliates in respect of any and all claims and/or causes of action relating to or arising out of the Telegram Business to the extent such claims or causes of action relate to or arise out of circumstances existing prior to the date hereof.

**Conditions Precedent:**    Completion shall be conditional on:

(i) UCP being satisfied, in its sole discretion, with the Due Diligence Review;

(ii) all required regulatory clearances, if any, having being obtained;

(iii) UCP being satisfied that there has been no material adverse change in the business, operations, trading or financial position or prospects of the Telegram Business prior to the Completion Date; and

(iv) no government having commenced any proceedings for the purpose of prohibiting or otherwise challenging or interfering with this Agreement.

## MISCELLANEOUS

**Termination:**    This Agreement shall terminate if Completion has not occurred by May 30, 2014, provided that if Completion has not occurred because a JV Party has

3

materially breached this Agreement, the Agreement shall continue indefinitely unless terminated by the non-breaching party. Notwithstanding the above, the sections entitled "Telegram Business" and "Acknowledgement" and the sections included in "Miscellaneous" and "Definitions Annex" shall survive any termination of this Agreement.

**Entire Agreement; Third Party Rights:** With respect to the subject matter hereof, this Agreement contains the entire understanding of the parties and there are no agreements or undertakings among the parties other than as expressly set forth in this Agreement. No provision of this Agreement is intended to confer upon any person other than the parties hereto any rights or remedies hereunder.

**Specific Performance:** The parties hereto agree that irreparable damage would occur in the event any of the provisions of this Agreement were not performed in accordance with the terms hereof and that the parties shall be entitled to specific performance of the terms hereof, in addition to any other remedy at law or equity.

**Further Assurances** Each of the parties shall do or procure the doing of all such acts and/or execute or procure the execution of such documents as such other party may from time to time reasonably require in order to establish the Joint Venture or as otherwise may be necessary to implement and give full effect to this Agreement.

**Confidentiality:** The terms and conditions of this Agreement and the transactions described herein, including the existence hereof and thereof, shall be confidential information and shall not be disclosed to any third party except as required by applicable law and other than to such party's advisors or agents on a need-to-know basis and provided such persons are already bound or agree to be bound by similar confidentiality provisions.

**Governing Law; Dispute Resolution:** This Agreement and the obligations of the parties hereunder shall be construed and enforced in accordance with the laws of the State of Delaware, excluding any conflicts of law rule or principle which might refer such construction to the laws of another state or country. Any dispute arising out of or in connection with this Agreement, including any question regarding its existence, validity or termination, shall be referred to and finally resolved by arbitration under the LCIA Rules in effect at the time of the commencement of the arbitration, which rules are deemed to be incorporated by reference into this clause. The number of arbitrators shall be three. The seat, or legal place, of arbitration shall be London, England. The language to be used in the arbitral proceedings shall be English.

**Service of Process:** Each of the parties hereto hereby consents to process being served by any party to this Agreement in any legal proceeding by delivery of a copy thereof to the address under such person's name on the signature page of this Agreement.

*[Signature page follows]*

4

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be executed as of the date above first written.

**Pavel Durov**

Address: _____

**UCP PF Limited**

By: _____

Name:   Ms. Marily Charalambous
Title:     Director

Address:   33 Porter Road, P.O. Box 3169 PMB103, Road Town, Tortola, British Virgin Islands

5

## DEFINITIONS ANNEX

**Definitions:**     Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them below.

"**Affiliate**" means, with respect to any person, any legal entity that is, directly or indirectly, through one or more intermediaries (jointly or otherwise), Controlled by such person;

"**App Assets**" means, with respect to the Telegram Business, (i) the name "Telegram" and "Pictograph" and the mobile application "Telegram" and "Pictograph" for use on mobile platforms (including, but not limited to, Apple iOS, Google Android and Windows Phone operating systems), (ii) user databases, (iii) graphic assets, wireframes and logos, (iv) all domain names associated with the Telegram Business, (v) access and ownership rights to all relevant and/or necessary Software, including source code, server-side code, application programming interfaces, protocols, architectures, databases, libraries, encryption passwords, patches, bug fixes, updates, alpha and beta versions, English and non-English versions, official and non-official versions and applications, and prototypes, (vi) access to and control over vendor accounts (or equivalent accounts) used to upload, list and/or modify any application associated with the Telegram Business in any market place or application store, including but not limited to Google Play, Windows Phone App Store, and iTunes App Store, (vii) any intellectual property rights (including patents, trade-marks, copyrights and trade secrets) related to the foregoing, (viii) all computer servers hosting data and Software relating to, or otherwise operating, the Telegram Business, and (ix) any other tangible or intangible asset used in the Telegram Business.

"**Controlled**" means, in relation to any legal entity, partnership or organisation, the right or ability of a person, directly or indirectly, through (i) ownership of securities or a participatory interest, or (ii) by contract or any trust arrangement, or (iii) otherwise, to (1) exercise voting power in relation to more than 50% of the votes cast at management bodies of such legal entity, partnership or organisation, (2) appoint the majority of members of any management body of such entity, partnership or organisation, or (3) otherwise exercise dominant influence over such legal entity.

"**Completion Date**" means April 30, 2014.

"**Software**" means rights in computer programs (whether in source code, object code, or other form), algorithms, databases, compilations and data, technology supporting the foregoing, and all documentation, including user manuals and training materials, related to any of the foregoing;

"**Telegram Associated Entities**" means (i) Telegram Messenger LLP, a limited liability partnership formed under the laws of England and Wales, (ii) Telegram App Ltd., a company formed under the laws of England and Wales, (iii) Dogged Labs Ltd., a company formed under the laws of the British Virgin Islands, (iv) Telegraph LLC, a company formed under the laws of Delaware, (v) Telegraph

6

LLC, a company formed under the laws of the Russian Federation, (vi) Telegraph Inc., a company formed under the laws of Belize, (vii) Digital Fortress Corp., a company formed under the laws of Panama, (viii) Durov LLC, a limited liability company organized and existing under the laws of Delaware, (ix) the UCP Telegram Entities, and (x) any other entity that holds any App Assets or other assets that are used in the Telegram Business.

**"UCP Telegram Entities"** means (i) Telegram LLC, a limited liability company organized and existing under the laws of Delaware, (ii) Pictograph LLC, a limited liability company organized and existing under the laws of Delaware, and (iii) Digital Fortress LLC, a limited liability company organized and existing under the laws of New York.

7

Exhibit 36

**To:** Pavel Durov,
**From:** Axel Neff
**Sent:** Wed 19/02/2014 6:57:16 AM
**Subject:** Purchase Estimate

Redacted

Pavel,


My rough guess estimate of what we need to purchase all the necessary equipment to complete Stockholm is $1 600 000 USD

The easiest and fastest way to process all the different payments to the various suppliers would be to send the funds to our Digital Fortress US account. Then I can separate funds and make the payments as they come due from each supplier. If there are any additional funds, they will be applied to future equipment or to SMS expenses.


Let me know if you have any questions.


-Axel


**Wire Details**

$1 600 000

**Account details**

Bank Name:   Bank of America

Bank Address:

670 Main St
East Aurora
(800) 432-1000


**Business Name:**

Digital Fortress LLC

1725 Mainplace Tower

Buffalo, NY 14202

<u>212-390-8100</u>

Bank Account number:

Bank Routing number:                     **Redacted**

SWIFT Code:

Breakdown of Estimate below:

1.    192 Servers $5,073/ea  total $974,016

2.    64 Servers Upgraded  $1,073/ea $52,672

3.    Qty 6 ASR 9001 Routers total $282,491

4.    Nexus 7018 qty 1  $269,929.92

5.    Estimated taxes, shipping, duties, delivery for
(high estimate of $750 per piece of equipment based on small deliveries in the past.  The bigger
the shipment, it should be cheaper per item, but I quoted this at the $750 price):

a.    32 servers going to London $23,924.48

b.    64 servers going to new DC $47,848.96

c.    192 servers going to new DC $143,546.88

Total: $1,794,429.24

Funds already on account: $219,179

Total wire Request: $1,575,250.24

Notes: not included in this cost estimate is the cost for qty 6 Nexus 2248TP-E, however, these
will be added to the quote while other options in the nexus 7018 should be removed, so I will
balance that out once we get the configuration back from Cisco. Also not included is the
freight/taxes/duties/delivery for the Cisco equipment being purchased.

Exhibit 37

Redacted

**To:**      Pavel Durov                    ; Alexander Stepanov
**From:**    Axel Neff
**Sent:**    Thur 20/02/2014 8:13:22 PM
**Subject:** TeleSign January Invoice
Invoice     Digital Fortress - TeleMaster.pdf

Pavel,

Payment is due for Telesign.  See invoice attached to this email.  This covers January usage (both voice and SMS).

**Total Due:  $276,500 USD**
Please send wire to the Digital Fortress US account and I will process the payment with Telesign.

Thanks!
-Axel

Bank of America: Digital Fortress LLC

Wire Details

Account details

Bank Name:   Bank of America

Bank Address:

670 Main St
East Aurora
(800) 432-1000

Business Name:

Digital Fortress LLC

1725 Mainplace Tower

Buffalo, NY 14202

212-390-8100

Bank Account number:

**Redacted**

Bank Routing number:

 SWIFT Code:


---------- Forwarded message ----------
**From: Billing (mailbox)**
Date: Wed, Feb 19, 2014 at 5:26 PM
Subject: TeleSign January Invoice
To:                                                                    axelneff


Hello,

Attached please find January's invoice.

Please let me know if you have any questions or concerns.

Regards,

TeleSign Finance Team

CONFIDENTIALITY NOTICE: The information contained in this message and any documents, files,
previous messages or other information attached to it, may be privileged, confidential and
protected from disclosure. If the reader of this message is not the intended recipient(s), you are
hereby notified that any dissemination, distribution, or copying of this communication is strictly
prohibited. If you have received this communication in error, please notify us immediately by
replying to the message and deleting it from your computer.

# Exhibit 38

# Redacted

**To:**      Pavel Durov                         Alexander Stepanov
**From:**    Axel Neff
**Sent:**    Fri 21/02/2014 4:54:55 PM
**Subject:** Fwd: Balance - Low (Germany & Netherlands massive spike)
Digital Fortress LLC Pro-forma - 21 Feb 2014 (2).pdf

Pavel,
We need to reload our clickatell account for SMS verifications.

5 million credits would be ~ $192,500

Match that with the amount due for Telesign ($276,500)

So in total, we now need $470,000 USD

Please send payment to the US account and I will process the payments.

Thanks,


**Total wire amount needed for SMS**

**$470,000 USD**


Bank of America: Digital Fortress LLC

Wire Details

Account details

Bank Name:  Bank of America

Bank Address:

670 Main St
East Aurora
(800) 432-1000

Business Name:

Digital Fortress LLC

1725 Mainplace Tower

Buffalo, NY 14202


212-390-8100

Bank Account number:

Bank Routing number:                  # Redacted

SWIFT Code:

---------- Forwarded message ----------
From: **Desere Muir**
Date: Fri, Feb 21, 2014 at 4:27 AM
Subject: Balance - Low (Germany & Netherlands massive spike)
To: "axelneff"                                   "Alexander Stepanov


Used a total of 555 000 credits yesterday alone.


Unfortunately due to the traffic to these two high cost destinations we are going to have to put you back up to the 0.028 Euro Cent per credit mark, even then we are taking a knock as these are our two most expensive destinations.


I would advise you make a purchase as soon as possible as I don't want an interruption of your service due to no credit. I will monitor this closely.

Below is the two purchase options for you, the higher volume purchase would be the better option to make sure you are covered into March and until such time that we can put you on a post-paid solution.


1)    Same volume purchase of 2.5 million credits @ 0.028 Euro Cent per credit - $96,058.20

2)    5 million credit purchase @ 0.028 Euro Cent per credit - $192.116


I have attached two proforma's for you for review.


Please confirm and send me the proof of payment as soon as possible.

I have also copied Allison in on this email for feedback on your post-paid application.


Best Regards


Desere


nded solely for the addressee(s). If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachment(s) is strictly prohibited. Clickatell does not recognise that a contract can be concluded by way of electronic communication. All contracts must be signed on paper and only authorised signatories in terms of the Clickatell Authorised Signatory Policy may contract on behalf of Clickatell. All provisions to the contrary contained in the Electronic Communications and Transactions Act 25 of 2002 are hereby specifically excluded.

**©Clickatell**

3200 Bridge Parkway
Suite 201
Redwood City
California
94065

## PRO-FORMA INVOICE

| | |
|---|---|
| **Pro Forma Number:** | PRO2014022103 |
| **Pro Forma Date:** | 21/02/2014 |
| **Company:** | Digital Fortress LLC |
| **Account:** | DigitalFortress |
| **Bill To:** | 8697 Supervisor Ave<br>Main House<br>Colden<br>NY<br>14033<br>USA |

| Invoice Description | Quantity | Amount |
|---|---|---|
| Message Credits @ €0.028 per credit | 5 000 000 | $ 192 116.40 |
| | | |
| | | |
| Subtotal (USD) | | $ 192 116.40 |
| Total (USD) | | $ 192 116.40 |

Exchange Rate: 1 EUR = 1.37226 USD

*All bank charges are for the customer's account*

Silicon Valley Bank
Routing & Transit Number:
SWIFT code:
Account number:
Client ID or username as reference

# Redacted

Clickatell Incorporation Reg No 34-200035

3200 Bridge Parkway | Suite 201 | Redwood City | California | 94065

Tel: +1 650 641 0011 | Fax: +1 650 440 4951 | E-mail:　　　　　　　Website: www.clickatell.com

Directors: P.W. de Villers | S. Pokroy Bassenger | M. Gogoen | P. Lawson

Copyright © 2011 Clickatell. All rights reserved.

# Exhibit 39

Redacted

**To:**       Pavel Durov                    Alexander Stepanov
**From:**    Axel Neff
**Sent:**    Sun 23/02/2014 6:53:18 AM
**Subject:** Clickatell Credits - Need Proof of Wire
Digital Fortress LLC Pro-forma - 21 Feb 2014 (2).pdf

Guys,

We need to send proof of payment to Desere to reload our clickatell account.  We have about 2.2 million credits right now that should last us a while, maybe 10 or 12 hours.

Desere said that we need to show proof of payment that we have sent them money, and they will add the credits to our account.

Pavel, if you could send the wire to Clickatell for **$384,569** they will load the credits on our account.  Take a screen shot of the confirmation for the payment and send it to Alex.  Alex can then send it to Desere at Clickatell who will load our account.

Hi Axel,

Can you please make the payment and send proof of payment?

5000 000 for yesterday - $192,284

10 000 000 – $384,569

That is a substantial risk for Clickatell as you can imagine.

I will need a proof of payment and we can load the 10 000 000 for you on a proof of payment.

Regards

Desere

Here is clickatell's bank info

| Silicon Valley Bank | |
|---|---|
| Routing & Transit Number: | |
| SWIFT code: | |
| Account number: | |

Redacted

**Clickatell**

3200 Bridge Parkway
Suite 201
Redwood City
California
94065

## PRO-FORMA INVOICE

| | |
|---|---|
| Pro Forma Number: | PRO2014022103 |
| Pro Forma Date: | 21/02/2014 |
| Company: | Digital Fortress LLC |
| Account: | DigitalFortress |
| Bill To: | 8697 Supervisor Ave |
| | Main House |
| | Colden |
| | NY |
| | 14033 |
| | USA |

| Invoice Description | Quantity | Amount |
|---|---|---|
| Message Credits @ 60.028 per credit | 5 000 000 | $   192 116,40 |
| | | |
| | | |
| Subtotal (USD) | | $   192 116,40 |
| Total (USD) | | $   192 116,40 |

Exchange Rate: 1 EUR = 1.37226 USD

Silicon Valley Bank
Routing & Transit Number:
SWIFT code:
Account number:
Client ID or username as reference

# Redacted

Clickatell Incorporation Reg No 34-200035

3200 Bridge Parkway | Suite 201 | Redwood City | California | 84065

Tel: +1 650 841 0011 | Fax: +1 650 440 4961 | Website: www.clickatell.com

Directors: P.W. de Villers | S. Pelroy Bessenger | M. Goguen | P. Lawson

Copyright © 2011 Clickatell. All rights reserved.

Exhibit 40

Redacted

**To:**        Pavel Durov
**From:**      Axel Neff
**Sent:**      Mon 17/03/2014 1:26:31 AM
**Subject:**   2nd Q 2014: Digital Fortress Expenses

Pavel,

As you know, we are nearing the end of our major expansion efforts. As a result, the invoices are all out of order, some haven't even been issued yet, and there are multiple invoices due at various times for each data center over the next few weeks.

Many of the service addition and installation payments are just being finalized now. Therefore I'm still working with the data centers to get things organized from a clerical perspective. Until that happens I will need to work directly with them to handle the payments as they come due for this quarter.

For the next round of invoices, after this period of growth has passed, everything will be organized and payments will be stabilized and we can have a new structure in place at that time. We just need to get through this immediate expansion phase first.

Here is my full breakdown.

-Axel

2nd Quarter Expenses 2014:  $ 733,000 in total

Colocation

- San Francisco - $ 105,100 (for 3 months, and install)

o Existing: 32 Servers, 1 4948E Switch, 10G Bandwidth

o New Installation: 64 Servers, ASR Router, Nexus 5K

- Singapore - $ 60,750 (for 3 months, and install)

o Existing: 32 Servers, 1 4948E Switch, 10G Bandwidth

o New Installation:  64 Servers, ASR Router, Nexus 5K, FEX extensions

- Buffalo - $ 127,450 (for 3 months, and install)

o Existing:  128 Servers, Nexus 7K, 10G Bandwidth x2

o New Installation:  64 Servers, ASR Router, Nexus Line card, FEX extensions

- London -  $56,800 (for 3 months, and install)

o Existing: 32 Servers, 1 4948E Switch, 10G Bandwidth

o New Installation:  ASR Router, 80 Servers, 4948E Switch, N3048 Switch


Multi-Homed Bandwidth:  Secondary tier1 carrier, 10G line for ASN & BGP routing

- NTT America - $ 25,510 per Quarter (for 3 months, and includes install)

o Combined for both Buffalo and San Francisco Data Centers*

▪ *To be installed once ASR routers have been installed.

- PacNet - $22,500 per Quarter (for 3 months, and includes install)

o Gives us BGP routes to the two best tier1 providers in Asia Pacific*

▪ *To be installed once ASR router has been installed.


Shipping Expenses:

- Total Estimate - $285,000

o Unfortunately, last month we spent our new equipment shipping budget on refilling SMS credits during the growth spike.

▪ Covers 192 more servers to Amsterdam (64 servers, 6 FEX and Nexus 7018 already sent and are currently in-transit).  64 servers and ASR routers, Nexus 5K, FEXes for Singapore.  Same for San Francisco.  And the 64 servers, FEXes and line card for Buffalo.

- * Shipping invoices are not ready yet. Shipments will be going out over the next 14 days. Final costs are not determined until time of delivery. But this is a fairly accurate estimation.

Buffalo Office Expenses

- Rent Expenses - $3,000 per Quarter (3 months)

- Utilities - $2,000 (for 3 months)

- On call remote hands & eyes – $3,600 (3 months)

- Total Payroll expenses - $20,000 (3 months)

- Legal/Professional/Accounting/Tax Prep - $5,500 (3 months)

Account Safety Fund

- Emergency expense fund: $15,000

o Provides a cushion for unexpected expenses

SMS Services

- Clickatell - $92,000 per month x 3 months= $276,000

o $92,000 will pay for 2.5 million credits. We have just over 4 million now. I anticipate needing another 2.5 million per month.

- Telesign - $450,000

o Based on current trends, we will probably need about $450,000 for the march invoice. (It won't be due until April)

Total Anticipated expenses for 2nd Quarter 2014

$1,458,210 USD

Subtract SMS payments: - $726,000 USD (You said you would handle this on your own)

= $ 732,210 ~

## $ 733,000 USD TOTAL NEEDED for 2nd Quarter 2014

**Please Send payment to the following account:**

Bank of America: Digital Fortress LLC

Wire Details

Account details

Bank Name:   Bank of America

Bank Address:

670 Main St

East Aurora(800) 432-1000

Business Name:

Digital Fortress LLC

1725 Mainplace Tower

Buffalo, NY 14202


Bank Account number:

Bank Routing number:

SWIFT Code:

**Redacted**