```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/27/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAVEL DUROV, *et al.*,<br><br>                              Plaintiffs,<br><br>         -against-<br><br>ILYA SHERBOVICH, *et al.*,<br><br>                              Defendants. | Case No: 1:14-cv-03063 (LGS)<br><br>**STIPULATION REGARDING TIME TO RESPOND TO COMPLAINT** |

   WHEREAS plaintiffs Pavel Durov, Telegram Messenger LLP, and Dogged Labs Limited ("Plaintiffs") have sought to serve defendants David Axel Neff, Digital Fortress LLC, Telegram LLC, and Pictograph LLC (collectively, the "Stipulating Defendants") with process in this action; and

   WHEREAS counsel for the Stipulating Defendants have agreed to accept service of process on behalf of the Stipulating Defendants;

   IT IS STIPULATED AND AGREED that:

   (1)   The Stipulating Defendants waive any objection to service;

   (2)   The Stipulating Defendants shall have to and including July 3, 2014 to answer, move, or otherwise respond to the Complaint;

   (3)   Plaintiffs and the Stipulating Defendants will negotiate a mutually agreeable briefing schedule, and the Stipulating Defendants agree to grant an extension of time to serve opposing papers at least as long as that provided for in paragraph (2) to Plaintiffs, should one or more of the Stipulating Defendants decide to respond to the Complaint with a motion;

(4)   By agreeing to this stipulation, Plaintiffs do not agree that Digital Fortress LLC, Telegram LLC, or Pictograph LLC are entitled to retain counsel or otherwise spend assets without approval from Plaintiffs, and reserve all rights with respect thereto;

(5)   Defendants contend that the preceding reservation of rights is argumentative and not appropriately included in this stipulation;

(6)   This Stipulation may be signed in counterparts, and signatures transmitted by facsimile, email, or other electronic means shall have the same force and effect as original signatures

MAURIEL KAPOUYTIAN WOODS LLP

By: _____
   Sherman Kahn
   27 W. 24th Street, Suite 302
   New York, NY 10010
   (212) 524-9309
   skahn@mkwllp.com

   Attorneys for Defendants
   Digital Fortress LLC
   Telegram LLC and Pictograph LLC


O'HARE PARNAGIAN LLP


By: _____
   Robert A. O'Hare Jr.
   Jeffrey S. Lichtman
   Andrew C. Levitt
   82 Wall Street, Suite 300
   New York, NY 10005-3686
   212-425-1401
   rohare@ohareparnagian.com
   jlichtman@ohareparnagian.com
   alevitt@ohareparnagian.com

   Attorneys for Defendant
   David Axel Neff

MAURIEL KAPOUYTIAN WOODS LLP

By:_____
   Sherman Kahn
   27 W. 24th Street, Suite 302
   New York, NY 10010
   (212) 524-9309
   skahn@mkwllp.com

   Attorneys for Defendants
   Digital Fortress LLC
   Telegram LLC and Pictograph LLC


O'HARE PARNAGIAN LLP

By:_____
   Robert A. O'Hare Jr.
   Jeffrey S. Lichtman
   Andrew C. Levitt
   82 Wall Street, Suite 300
   New York, NY 10005-3686
   212-425-1401
   rohare@ohareparnagian.com
   jlichtman@ohareparnagian.com
   alevitt@ohareparnagian.com

   Attorneys for Defendant
   David Axel Neff

3

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP

By: _____

William G. McGuinness
James W. Dabney
David M. Morris
One New York Plaza
New York, NY 10004
(212) 859-8000
David.Morris@friedfrank.com

Attorneys for Plaintiffs
Pavel Durov, Telegram
Messenger LLP, and
Dogged Labs Limited


Dated: New York, New York
       May 23, 2014

SO ORDERED:

_____
Lorna G. Schofield
United States District Judge


APPLICATION GRANTED IN PART.  Defendants shall file a response to the Complaint by July 3, 2014.  Should Defendants elect to file a motion to dismiss in lieu of an Answer, the Parties are directed to submit a proposed briefing schedule in accordance with the Court's Individual Rule III.B.4.

Dated: May 27, 2014
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

4