O'HARE PARNAGIAN LLP

82 WALL STREET, SUITE 300
NEW YORK, NY 10005-3686
(212) 425-1401
FAX: (212) 425-1421
www.ohareparnagian.com

WESTCHESTER OFFICE
700 WHITE PLAINS ROAD, SUITE 255
SCARSDALE, NY 10583-5013
(914) 725-3632
FAX: (914) 725-3639

July 8, 2014

**Via ECF**

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    <u>Durov, et al. v. Sherbovich, et al.</u>, No. 14 Civ. 3063 (LGS)

Dear Judge Schofield:

      We represent defendant David Axel Neff in the above-referenced action.

      By letter dated July 7, 2014 (the "July 7 Letter"), defendants Digital Fortress LLC ("Digital Fortress"), Telegram LLC and Pictograph LLC requested a pre-motion conference with regard to leave to move for a motion for a protective order regarding the noticed 30(b)(6) deposition of Digital Fortress. As noted in the July 7 Letter, Mr. Neff would likely be designated as the 30(b)(6) witness for Digital Fortress. Accordingly, Mr. Neff joins in the request for a pre-motion conference for the reasons set forth in the July 7 Letter.

                                                          Respectfully,

                                                           Andrew C. Levitt

cc:      All Counsel of Record