```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
DUROV, et al.,                                                :
                                                              :
                           Plaintiffs,                        :
                                                              :    14 Civ. 03063 (LGS)
            -against-                                         :
                                                              :          ORDER
SHERBOVICH, et al.,                                           :
                                                              :
                           Defendants.                        :
                                                              :
------------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, by letter dated September 5, 2014, the parties requested a two week extension of deadlines for the motions to dismiss; it is hereby

**ORDERED** that motions to dismiss shall be filed by September 26, 2014. Any oppositions shall be filed by November 19, 2014. Any replies shall be filed by December 17, 2014. No further extensions will be granted absent exceptional circumstances.

SO ORDERED.

Dated: September 8, 2014
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**