UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAVEL DUROV, TELEGRAM MESSENGER LLP, and DOGGED LABS LIMITED,<br><br>                              Plaintiffs,<br><br>        - against -<br><br>ILYA SHERBOVICH, ILYA PEREKOPSKY, DAVID AXEL NEFF, YURI KACHURO, VICTORIA LAZAREVA, UNITED CAPITAL PARTNERS, DIGITAL FORTRESS LLC, TELEGRAM LLC, PICTOGRAPH LLC, and JOHN DOES 1-3,<br><br>                              Defendants. | ECF Case<br><br>Case No. 14-CV-3063 (LGS) |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Pavel Durov, Telegram Messenger LLP, and Dogged Labs Limited hereby give notice of their voluntary dismissal of this action against all of the Defendants, with prejudice and without costs or fees to any party.

Dated:   New York, New York
            September 16, 2014

                                        FRIED, FRANK, HARRIS, SHRIVER
                                         & JACOBSON LLP

                        By:    s/ David M. Morris
                                William G. McGuinness
                                David M. Morris
                                One New York Plaza
                                New York, NY  10004
                                (212) 859-8000
                                william.mcguinness@friedfrank.com
                                david.morris@friedfrank.com

                                *Attorneys for Plaintiffs Pavel Durov,*
                                *Telegram Messenger LLP, and*
                                *Dogged Labs Limited*

9596306