UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAVEL DUROV, TELEGRAM MESSENGER LLP, and DOGGED LABS LIMITED,

                Plaintiffs,

- against -

ILYA SHERBOVICH, ILYA PEREKOPSKY, DAVID AXEL NEFF, YURI KACHURO, VICTORIA LAZAREVA, UNITED CAPITAL PARTNERS, DIGITAL FORTRESS LLC, TELEGRAM LLC, PICTOGRAPH LLC, and JOHN DOES 1-3,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/17/14

ECF Case

Case No. 14-CV-3063 (LGS)

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Pavel Durov, Telegram Messenger LLP, and Dogged Labs Limited hereby give notice of their voluntary dismissal of this action against all of the Defendants, with prejudice and without costs or fees to any party.

Dated:   New York, New York
           September 16, 2014

FRIED, FRANK, HARRIS, SHRIVER
 & JACOBSON LLP

By:  s/ David M. Morris
     William G. McGuinness
     David M. Morris
     One New York Plaza
     New York, NY  10004
     (212) 859-8000
     william.mcguinness@friedfrank.com
     david.morris@friedfrank.com

*Attorneys for Plaintiffs Pavel Durov, Telegram Messenger LLP, and Dogged Labs Limited*

APPLICATION GRANTED.  The Clerk of Court is directed to close the case.
Dated:  September 17, 2014
        New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

9596306